## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS CROSLAND, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 22-2416 |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of June, 2023, it is **ORDERED** that Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 36) is **DENIED**. It is further **ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 47) is **DENIED**.

S/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies ecf _____ to: