**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Curtis Crosland,** | : | |
| **Plaintiff,** | : | **Civil Action** |
| **v.** | : | **No. 22-cv-02416-AB** |
| **City of Philadelphia et al.,** | : | |
| **Defendants.** | : | |

**Plaintiff's Motion for Partial Summary Judgment**

Plaintiff Curtis Crosland respectfully moves the Court under Fed. R. Civ. P. 56(a) to enter partial summary judgment as to four out of five elements of Crosland's malicious prosecution claim against defendants Mangoni, Hughes, Rocks, McNesby, Cimino, and Descher. As further described in the attached Memorandum of Law and in the attached Statement of Undisputed Facts, the record produced in discovery establishes that there are no genuine disputes as to any material fact underlying Crosland's claim that (1) the referenced defendants initiated a criminal proceeding against Crosland, (2) the criminal proceeding ended in Crosland's favor, (3) defendants initiated the proceeding without probable cause, and (4) Crosland suffered a deprivation of liberty. Accordingly, Crosland respectfully requests that the Court grant this Motion and instruct the finder of fact at trial that each of these elements is established as a matter of law and that the only issue to be decided at trial with respect to the malicious prosecution claim is whether the defendants acted maliciously.

Respectfully submitted,

/s/ Jonathan H. Feinberg
Jonathan H. Feinberg
Grace Harris
KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400

Emma Freudenberger (admitted *pro hac vice*)
Amelia Green (admitted *pro hac vice*)
NEUFELD SCHECK BRUSTIN
HOFFMANN & FREUDENBERGER, LLP
200 Varick Street, Suite 800
New York, NY 10014
212-965-9081

*Counsel for Plaintiff*