**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Curtis Crosland,** | : | |
| **Plaintiff,** | : | **Civil Action** |
| **v.** | : | **No. 22-cv-02416-AB** |
| **City of Philadelphia et al.,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this ___________ day of _____________________, 2025, upon consideration of Plaintiff's Motion for Partial Summary Judgment, **IT IS ORDERED** that the Motion is **GRANTED** as follows:

1. Summary judgment is entered in favor of plaintiff Curtis Crosland and against defendants Mangoni, Hughes, Rocks, McNesby, Cimino, and Descher with respect to the following four elements of Crosland's malicious prosecution claim: defendants initiated a criminal proceeding against Crosland, the criminal proceeding ended in Crosland's favor, defendants initiated the proceeding without probable cause, and Crosland suffered a deprivation of liberty.

2. The fifth element of Crosland's malicious prosecution claim, that the defendants acted maliciously, will be decided by the trier of fact at trial.

**BY THE COURT:**

__________________________

**ANITA B. BRODY, J.**