**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Curtis Crosland,** | : | |
| **Plaintiff,** | : | **Civil Action** |
| **v.** | : | **No. 22-cv-02416-AB** |
| **City of Philadelphia et al.,** | : | |
| **Defendants.** | : | |

**Plaintiff's Index of Exhibits to Statement of Undisputed Facts**
**In Support of his Motion for Partial Summary Judgment**

| | |
|---|---|
| Exhibit 1 | Affidavit of Probable Cause |
| Exhibit 2 | Madison Statement |
| Exhibit 3 | Durbin Statement |
| Exhibit 4 | Rocks Deposition Transcript |
| Exhibit 5 | Davis Statement |
| Exhibit 6 | Mangoni Deposition Transcript |
| Exhibit 7 | McNesby Deposition Transcript |
| Exhibit 8 | Descher Deposition Transcript |
| Exhibit 9 | Ransome Tips |
| Exhibit 10 | Activity Sheet, 12/13/1984 |
| Exhibit 11 | Ransome Police Photos |
| Exhibit 12 | Wilson Homicide Record |
| Exhibit 13 | Feinberg Declaration |

| | |
|---|---|
| Exhibit 14 | Witness List 1 |
| Exhibit 15 | Witness List 2 |
| Exhibit 16 | Witness List 3 |
| Exhibit 17 | Activity Sheet, 12/5/1984 |
| Exhibit 18 | Activity Sheet, 1/7/1985 |
| Exhibit 19 | Everett Statement, 4/15/1987 |
| Exhibit 20 | Everett Arrest Investigation Report |
| Exhibit 21 | Massey Statement |
| Exhibit 22 | Everett Statement, 2/1/1989 |
| Exhibit 23 | Media Reports |
| Exhibit 24 | Everett Statement, 4/21/1987 |
| Exhibit 25 | Activity Sheet, 4/22/1987 |
| Exhibit 26 | Ransome Statement |
| Exhibit 27 | Activity Sheet, 4/24/1987 |
| Exhibit 28 | Everett Statement, 7/7/1987 |
| Exhibit 29 | Activity Sheet, 7/7/1987 |
| Exhibit 30 | Activity Sheet, 7/25/1987 |
| Exhibit 31 | Activity Sheet, 11/3/1987 |
| Exhibit 32 | Activity Sheet, 12/9/1987 |
| Exhibit 33 | Rosen Deposition Transcript |
| Exhibit 34 | Christie Deposition Transcript |
| Exhibit 35 | Arrest Report |
| Exhibit 36 | DAO Resp. to Habeas Petition |

| | |
|---|---|
| Exhibit 37 | Order Granting Relief |
| Exhibit 38 | Nolle Pros Motion |
| Exhibit 39 | Nolle Pros Order |