DC. 84-17-55209

WARRANT. 151717

Commonwealth of Pennsylvania
County of Philadelphia ss:

# AFFIDAVIT
of
## Probable Cause for Arrest Warrant

Det. John Cimino (Affiant) 981 (Badge #) Homicide Unit (District/Unit), being duly sworn according to law, deposes and says:

1. That after investigation I have probable cause to believe that a warrant of arrest should issue for

Curtis Crosland PP561368 (NAME), [redacted] Phila Pa. (ADDRESS)

charging Murder, Robbery, Attempt Theft, R.E.A.P., P.I.C. (CRIME/S)

2. That the facts tending to establish the grounds for the issuance of the warrant of arrest and the probable cause for my belief are as follows:

On Wednesday 12-5-84, at 2024 hours, Officer Coyle #4215 and Officer Guckin #2166, assigned to RPW 1704, responded to a radio call of a shooting and Hospital Case at 27th and Oakford St. Upon their arrival at that location they entered HEO's Food Market, 1227 S. 27th St., where they found HEO lying face down behind the counter, unconsicious and bleeding from a wound of the left eye. Complainent, Il Man Heo, was taken to University of Penna. Hospital, where he was admitted in Critical Condition, for a gunshot wound of the face.

On 12-12-84 at 11:15AM, a Post Mortem Examination was conducted on the body of the Complainant, Il Man Heo, by Dr. Aronson, at which time it was determined the cause of death was a Gunshot wound to the head, the manner of death HOMICIDE.

(If additional space is necessary, use Form 75-51.)

[signature] 981 Homicide Unit

SIGNATURE OF AFFIANT | BADGE # | DISTRICT/UNIT

Sworn to (or affirmed) and subscribed before me this ____ day of ____, 19__.

(SEAL)

SIGNATURE OF ISSUING AUTHORITY

**INVESTIGATION REPORT** — PHILADELPHIA POLICE DEPARTMENT

| YR. | DIST OF OCCUR. | DC NO. (2-7) | | | |
|---|---|---|---|---|---|
| 84 | 17 | 55209 | 51 | Continuation (51) Sheet 2 of | |

INITIAL (49) / SUPPLEMENTAL (50) / Class. Change / Status Change / Additional Info. / Court Disposition

PREVIOUS CLASSIFICATION / CODE / DISTRICT (8-9) / SECTOR (10) / DIST./UNIT PREPARING / CODE (11-13) / REPORT DATE

CLASSIFICATION / CODE (14-17) / PLACE OF OCCURRENCE (18-34) / J.A.D. INVESTIGATIONS (33) Juvenile Offenders 1. Male 2. Female 3. Adult Offenders

COMPLAINANT (Use first name) (36-52) / CODE (86-87) / RACE (82) 1. W 2. N 3. C 4. PR 5. O / SEX (83) 1. M 2. F / ADDRESS / PHONE

TYPE OF PREMISES (53-55) / DATE AND TIME REPORTED / REPORTED BY / ADDRESS

DATE OF OCCURRENCE (56-61) / DAY CODE (62) / TIME (63-65) / FOUNDED (66) Yes No / STATUS (67) 1. Active 2. Inactive - not cleared 3. Arrest - cleared 4. Exceptionally cleared / UNIT

STOLEN PROPERTY (68): 1. Currency, Bonds, etc. 2. T.V., Radio, Stereo 3. Office Equipment 4. Jewelry, Precious Metals 5. Household Items (Furniture, Washers) 6. Consumer Items (Liquor, Cigarettes, etc.) 7. Autos 8. Clothing 9. Firearms A. Furs B. Misc. C. Live Stk. / PROPERTY VALUE (69-73) $ / RECOVERED VALUE (74-78) $ / INSURED Yes No / OCCURRENCE (79) Inside Out

CONTINUATION OF PROBABLE CAUSE USED TO SECURE ARREST WARRANT # [illegible]

On 12-5-84 Maurice Durbin 16BM of [redacted], was interviewed by Det. E. Hughes of the Homicide Unit and he stated he was standing outside his house when he heard a shot from the store and then he saw a man run out who was wearing a big coat, jacket type, had something around his face and something on his head. This male ran from the store and from the scene of the shooting.

On 12-5-84 Mona Madison 22BF of [redacted], was interviewed by Det. J. A. Brignola of the Homicide Unit and she stated she knew the name of the man who got shot as Tony, that he was the owner of the store and she was in the store at the time of the shooting, when this male came in the store, pulled a gun and said "It's a holdup, Tony it's a stick up, give me your money" Witness stated at this time she ran out the door to call the cops and when she got out of the store is when she heard the gunshot. Witness described the shooter as a B/M, 5'5, light brown skin, skinny, wearing a biege scarf which covered his face, also a hat, wearing a blue jacket and he had a big black gun.

On 12-5-87 Levi Davis 32BM of [redacted] was interviewed by Det. J. Alexander #9147, Homicide Unit, and he stated he was in the back of the store when he heard someone yell "Give up the Money". Witness stated he turned and saw a gun with a gun pointed at Il Man Heo. Witness stated he hit the floor and when he did he heard one shot, and heard something fell, he then found Tony lying on the floor behind the counter. Witness described the shooter as a B/M, about 5'6, wearing a brown scarf.

[illegible signature] [illegible] [illegible]

Signature of Affiant      Badge#      District/Unit

Sworn to (or affirmed) and subscribed before me this 7 day of [illegible] 1987.

[illegible signature] (SEAL)

Signature of Issuing Authority

INVESTIGATOR (Type and Sign Name) / SERGEANT / LIEUTENANT

75-49 (Rev. 12/74)

# INVESTIGATION REPORT

PHILADELPHIA POLICE DEPARTMENT

| YR. | DIST. OF OCCUR. | DC NO. (2-7) | | INITIAL (48) / SUPPLEMENTAL (52) / Continuation (51) |
|---|---|---|---|---|
| 84 | 17 | 17 | 55209 | 51 Sheet 3 of 3 |

☐ Class. Change ☐ Status Change ☐ Additional Info. ☐ Court Disposition

DISTRICT (8-9) | SECTOR (10) | DIST./UNIT PREPARING | CODE (11-13) | REPORT DATE

PREVIOUS CLASSIFICATION | CODE

CLASSIFICATION | CODE (14-17) | PLACE OF OCCURRENCE (18-30) | J.A.D. INVESTIGATIONS (31) Juvenile Offenders 1. ☐ Male 2. ☐ Female 3. ☐ Adult Offenders

COMPLAINANT (Use firm name) (36-52) | AGE (80-81) | RACE (82) 1. ☐ W 2. ☐ N 3. ☐ C 4. ☐ PR 5. ☐ O | SEX (83) 1. ☐ M 2. ☐ F | ADDRESS | PHONE

TYPE OF PREMISES (33-35) | DATE AND TIME REPORTED | REPORTED BY | ADDRESS

DATE OF OCCURRENCE (56-61) | DAY CODE (62) | TIME (63-65) | FOUNDED (66) ☐ Yes ☐ No | STATUS (67) 1. ☐ Active 2. ☐ Inactive - not cleared 3. ☐ Arrest - cleared 4. ☐ Exceptionally cleared | UNIT

STOLEN PROPERTY (68) 1. ☐ Currency, Bonds, etc. 2. ☐ T.V., Radio, Stereo 3. ☐ Office Equipment 4. ☐ Jewelry, Precious Metals 5. ☐ Household Items (Furniture, Washers) 6. ☐ Consumer Items (Liquor, Cigarettes, etc.) 7. ☐ Autos 8. ☐ Clothing 9. ☐ Firearms A. ☐ Furs B. ☐ Misc. C. ☐ Live Stk. | PROPERTY VALUE (69-73) $ | RECOVERED VALUE (74-78) $ | INSURED ☐ Yes ☐ No | OCCURRENCE (79) ☐ Inside ☐ Out

CONTINUATION OF PROBABLE CAUSE USED TO SECURE THE WARREST WARRANT #[illegible]

On 4-15-87 Rodney Everett 30B/M of [redacted], was interviewed by Pol. D. Mangoni of the Homicide Unit and he stated that sometime after the murder a male known to him as CURTIS CROSLAND came to his girlfriend's house and told he he had gone to the Market at 27th and Oakford St., to rob the guy but that the guy flinched and he (Crosland) shot the guy in the face. Witness did state he has seen Curtis Crosland in the past with a 38 Caliber special, that he saw it with Curtis in his house around the time of the murder. Witness stated he has known Curtis Crosland for about 18 years, that Curtis Crosland is the uncle to his son, also that Curtis lives at 2414 Federal St. Witness described Curtis Crossland as a B/M 5'5, 140 pounds, brown skin. Subject was shown Photo #561368 and he identified this picture as the person he knew as Curtis Crosland, the same person who told him he had attempted to rob the market at 27th and Oakford and while doing so, shot and killed the man in the Market.

The Affiant believes that Probable Cause has been established -- and Requests an Arrest Warrant be issued for Curtis Crosland PP561368 residence [redacted], charging him with the Offense as set forth in page #1 of this Affidavit, in connection with the murder of Il Man Heo.

[signature]

Signature of Affiant Badge# District/Unit

Sworn to (or affirmed) and subscribed before me this 7 day of [illegible] 1987.

[signature] (SEAL)

Signature of Issuing Authority

INVESTIGATOR (Type and Sign Name) | SERGEANT | LIEUTENANT

75-48 (Rev. 12/74)