# INVESTIGATION INTERVIEW RECORD

**PHILADELPHIA POLICE DEPARTMENT**
**HOMICIDE DIVISION**

| | | | |
|---|---|---|---|
| CASE NO. | | | |
| INTERVIEWER: Det. J. A. Brignola | | | |
| NAME: Mona Madison | AGE: 22 | RACE: N | DOB: [redacted] |
| ADDRESS: [redacted] | APARTMENT NO.: Pri Res | | PHONE NO.: [redacted] |
| NAME OF EMPLOYMENT/SCHOOL: Housewife | | | SOC. SEC. NO.: [redacted] |
| ADDRESS OF EMPLOYMENT/SCHOOL: | DEPARTMENT: | | PHONE NO.: |
| DATES OF PLANNED VACATIONS: | | | |
| DATES OF PLANNED BUSINESS TRIPS: | | | |
| NAME OF CLOSE RELATIVE: | | | |
| ADDRESS: | | | PHONE NO.: |
| PLACE OF INTERVIEW: Inside Room 104 PAB | | DATE: 12/5/84 | TIME: 2100 AM PM |
| BROUGHT IN BY: | | DATE: | TIME: AM PM |
| WE ARE QUESTIONING YOU CONCERNING: The shooting of a Korean male in the variety store at 27th & Oxford St | | | |
| WARNINGS GIVEN BY: | | DATE: | TIME: AM PM |

ANSWERS

(1) (2) (3) (4) (5) (6) (7)

Q. Mona what if anything can you tell me about the shooting of a Korean male inside the variety store at 27th & Oxford Street, this evening

A. The man that got shot, he's the owner of the store his name is Tony, and I was working in the store tonight I was the cashier. Well Tony, and this fellow here with me they call him Levi, they were in the back of the store, Levi works there to and they were cooking food, and this little boy about (6) years old came into the store, and he ordered a hoagie, and I was taking care of the little boy, and there was about (4) teenage boys they were standing inside the store by the doorway, Tony knows the boys and he lets them stay in the store. Then this guy came into the store and he pulled out a gun and he was standing right in front of the counter where they cook the food, and he said " It's a holdup Tony it's a stickup Tony give me your money, and he told the rest of us not to move.

RECORD ☐ Yes ☐ No

CHECKED BY: Mona Madison

REVIEWED BY

75-483 (Rev. 7/82)

| INVESTIGATION INTERVIEW RECORD<br>*CONTINUATION SHEET* | CITY OF PHILADELPHIA<br>POLICE DEPARTMENT |
|---|---|

| NAME | PAGE | CASE NO. |
|---|---|---|
| Mona Madison | 2 | |

A. The guys near the front door, ran out of the store, and the little boy ran out of the store, and I saw that the guy with the gun was looking where Tony was so I jumped over the counter and I ran out the door and called the cops, after I ran out the door I heard the gunshot, I didn't look back at the store I just kept running to my house and called the cops.

Q. How long have you worked at the variety store where this all happened

A. Just since this past Monday.

Q. How long have you known Tony the man who was shot tonight

A. Evere since he had the store.

Q. How did you happen to get this job with Tony just this past week

A. Because this other guy that worked for Tony quite, and Tony gave me his job.

Q. Do you know the name of the guy wjo quite working at Tony's

A. Gary Cooper, he worked there ever since Tony opened the store.

Q. Can you describe the guy who came into the store tonight with a gun.

A. He was black, 5'5, he was just a little taller than me, and I'm 5'1", he was like a light brown skin, he was skinny, I couldn't see to much of his face because he had beige scarf with checkers on it, and it was covering his face from his eyes down, and he had a hat on to, but I cant't remember to much about the hat, he had a blue jacket a dark blue jacket and it was the puffy kind, he had a black gun it was real long.

Q. The man who came into the store with a gun have you ever seen him before.

A. I couldn't see that much of him so I can t say, but if he knew Tony's name he must know everbody in the store.

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHILADELPHIA
POLICE DEPARTMENT

| NAME | PAGE | CASE NO. |
|---|---|---|
| Mona Madison | 3 | |

Q. Did the man who came into the store have the gun out when he came in the store, or did he pull the gun out after he got in the store

A. I don't really know, because I really didn't see him come into the store, I didn't notice him until he was in the middle of the store.

Q. Does Tony usually keep money in his pockets other than the money you keep in the register.

A. Yeah, he takes the 20 s and things out of the register and he keeps them

Q. Can you tell anything about the man with the gun from his voice.

A. It sounded like a kids voice not a mans voice.

Q. How many shots did you hear after you ran out of the store

A. One

Q. What the names of the teenages standing near the front door

A. I only know one of them they call him Peanut, he lives in the 2700 block of Oxford St, and another guy his last name is ~~Frere~~ Fredericks, he lives on 28th Street, between Oxford and Wharton street

75-483 A