| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION | CASE NO. |
|---|---|---|
| | | INTERVIEWER Hughes |

| NAME Maurice Durbin | AGE 16 | RACE N | DOB [redacted] |
|---|---|---|---|
| ADDRESS [redacted] | APARTMENT NO. | | [redacted] |
| NAME OF EMPLOYMENT/SCHOOL Southwark School - 12th grade | | | SOC. SEC. NO. |
| ADDRESS OF EMPLOYMENT/SCHOOL 9th + Mifflin St | DEPARTMENT | | PHONE NO. |

DATES OF PLANNED VACATIONS

DATES OF PLANNED BUSINESS TRIPS

NAME OF CLOSE RELATIVE

| ADDRESS | PHONE NO. | | |
|---|---|---|---|
| [redacted] | DATE 12-5-84 | TIME 10:25 | AM / PM (PM circled) |
| BROUGHT IN BY — | DATE | TIME | AM / PM |

WE ARE QUESTIONING YOU CONCERNING Agg Asslt - N Man Heo - Ins Store - 27th + Oxford St

| WARNINGS GIVEN BY | DATE | TIME | AM / PM |
|---|---|---|---|

ANSWERS (1) (2) (3) (4) (5) (6) (7)

Q Maurice - go on in your own words + tell me what you know about the shooting of the o/m in store at 27th + Oxford St

A: I was standing outside my house, me - Eugene Frederick - 28th St, John Erby had left, I heard a shot - It came from the store - Shortly after that a male ran out - North on 27 St - ran up the street, first he walked then he started to run.
After that Lene came to the door and said to call the cops - The police arrive before we could get the phone to work.

RECORD ☐ Yes ☐ No | CHECKED BY

REVIEWED BY

75-483 (Rev. 7/82)

INVESTIGATION INTERVIEW RECORD
CONTINUATION SHEET

CITY OF PHILADELPHIA
POLICE DEPARTMENT

NAME Maurice Durbin | PAGE 2 | CASE NO.

Q Describe the male you saw leave the store
A. Med height.
Had a big coat on - a jacket I think -
His face was wrapped - had something on his head.
Didn't see any gun -

Q. Did you see this guy go in the store?
A. No -

Q How long where you outside before the shooting took place?
A. 15 minutes.

Q Did you see anybody else on the street at the time of the shooting?
A. No -

Q Where does John Eshy live?
A. 2600 blk Federal St. - South side -

75-483 A