# INVESTIGATION INTERVIEW RECORD

PHILADELPHIA POLICE DEPARTMENT
HOMICIDE DIVISION

CASE NO.

INTERVIEWER: ALEXANDER #9147

NAME: Levi Davis
AGE: 32
RACE: N/M
DOB: [redacted]

ADDRESS: [redacted]
APARTMENT NO.: Pvt. res.
PHONE NO.: [redacted]

NAME OF EMPLOYMENT/SCHOOL: H&B Food Market
SOC. SEC. NO.: [redacted]

ADDRESS OF EMPLOYMENT/SCHOOL: 1 227 S. 27th. st.
DEPARTMENT:
PHONE NO.: FU9-3511

DATES OF PLANNED VACATIONS: N/A

DATES OF PLANNED BUSINESS TRIPS: N/A

NAME OF CLOSE RELATIVE: Wife Sharon Davis

ADDRESS: [redacted]
PHONE NO.:

PLACE OF INTERVIEW: P.A.B. ROOM #104
DATE: 12/5/84
TIME: 2105 AM PM

BROUGHT IN BY: Police
DATE: 12/6/84
TIME: AM PM

WE ARE QUESTIONING YOU CONCERNING: The shooting of Il Man Heo.

WARNINGS GIVEN BY:
DATE:
TIME: AM PM

ANSWERS (1) (2) (3) (4) (5) (6) (7)

Q. Mr. Davis tell me in your own words what you know about the shooting of Il Man Heo, inside 1227 S. 27th. st. at approx. 2022 hrs. ( 8;22PM) on this date ?

A. I was in the back of the store, cleaning up. I heard somebody say "Give up the money". I turned and saw a guy with a gun pointed at Tony (Il Man Heo). I dropped to the floor behind the freezer. Then I heard one shot, and I heard something fall. After I heard the door slam. I got up and went outside and went across the street and knocked on a door and told them to call the police.

Q. Who else was in the store at the time the male said give up the money ?

A. Just me, Tony, and the girl thats down here with me, Mona, she also works at the store.

RECORD ☐ Yes ☐ No

CHECKED BY

REVIEWED BY

Levi Davis

75-483 (Rev. 7/82)

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHILADELPHIA
POLICE DEPARTMENT

| NAME Levi Davis | PAGE 2 | CASE NO. |
|---|---|---|

Q. The male you saw with the gun, have you ever seen him before ?

A. All I saw was the gun, and he had a brown scarf around his face.

Q. Do you remember anything else about him ?

A. No, just that he was a black male, and that he was about the same hight as Tony, approx. 5'6", to 5'7".

Q. Describe the gun he had ?

A. All I know is that it was a gun.

Q. What time does the store close ?

A. 9:00PM

Q. Does anybody else work there ?

A. No.

Q. After you told someone to call the police did you go back into the store ?

A. Yes, Tony was laying behind the counter, he wasn't moving.

Q. Did Tony say anything to you ?

A. No.

Q. Is there anything else you can think of ?

A. No.

Levi Davis

75-483 A