DET NESPOLI
UNIDENTIFIED CALLER
STATED ON 12-12-84
1930HRS THAT
THE MAN WHO SHOT
TONY (ILMANHEO)
M84-225
WAS MICHAEL
RANSOM

RPO 771

12-10

Nespoli 8:45 AM

Robin Mannison
Channel 6

[redacted]

Returning your call
from Fri

CONFIDENTIAL CITY 000186

CONFIDENTIAL CITY 000187

12/19
3 45 Pm

Nespoli

Bo Lim - Pres. Korean
Businessmens Assoc.
[redacted]

rec info from anon N/M
Caller.

Shooter: Michael Ramson
Shooter

#2 Robert
2600 Manton St

12/19
2PM

Nespoli

Bob Kotzpaner
Cit. Crime Comm.
rec. anon phone
call from negro female
re: H-80-275
#1 Doer: "Clinton"
#2 Lookout: UCKIE RAMSON [redacted]

always together

Snyder