Activity Sheet 4 Sqd 12/13/84 8 x 4 Lt. Lanzelotti
Sgt. Westerman

H-84-275 DECD: R. Heo Assgn/ Nespoli

---

Information was received at the Homicide Division from an unkown source that a Michael Ransom, was involved in this job.

Detectives Brignola and Ansel culled the records and found the name Michael Ransome, N/M DOB 4/1/61, with an address of [redacted]h [redacted]et, P.P.N. 540176, this males lives in the area of this investigation, and shows (2) prior arrest, with the last arrest being in 1980 for Murder, with the case being tried in front of Judge Ivans, in front of a jury, and this defendant received a sentence of 3-4 minimum, and 7 years maximum for Voluntary Manslaughter only.

A check with the prisons systems revealed that this male ( Ransome) was released from prison in January of 1984, and is currently on Parole in connection with his murder sentence.

During a background check of this defendant it was learned that he nows resides at [redacted]7 [redacted]. [redacted]h [redacted]et.

Detectives Brignola and Ansel returned to the scene 27th & Okford street and located the residence of a Oscar Brown [redacted]2 [redacted]h street, who was interviewed by channel 6 news on the evening of the murder, and related to the news personnel that he was at the scene at the time of the death of Mr Heo. This residence was confirmed, but noone was home, nor did it appear that anyone had been home recently, as the mail and newspaper were still outside the house. The Detectives left in search of other males who may have been at the scene with no success, and later returned to the Brown home to find noone was at home. At message was left under the door for Mr Brown to contact .

Info previously received from P/O Ash & Joynes, 17th District burglary detail, was that the victim had been a witness in a 1979 murder where someone had been shot 5-6-times. Ransome's murder arrest is H79-294, decedent David Wilson and it occurred on hwy. 24th & Federal Sts. File to be ordered from record storage in AM, detectives will check with Heo's relatives about his being a witness.