
PHILA POLICE DEPT
DATE
1-30-84
NAME
AGE
22
ADDRESS
1147 S. 26TH ST.
CRIME
REGIST(HOMICIDE)
COMPLEX
LT BRN
HEIGHT
5-6
WEIGHT
125
EYES
BRN
HAIR
BLK
BUILD


PHILA POLICE DEPT
DATE
1-30-84
NAME
AGE
22
ADDRESS
1147 S. 26TH ST.
CRIME
REGIST(HOMICIDE)
COMPLEX
LT BRN
HEIGHT
5-6
WEIGHT
125
EYES
BRN
HAIR
BLK
BUILD