# HOMICIDE RECORD
## PHILADELPHIA POLICE DEPARTMENT
### HOMICIDE DIVISION

| CASE NO. | DC NO. |
|---|---|
| H79-294 | 17-53692 |

LOCATION OF INCIDENT: 24th and Federal N.E. corne

| DATE OF ASSAULT | TIME | DATE OF DEATH | TIME | PRONOUNCED BY |
|---|---|---|---|---|
| 9-26-79 | 12:56AM | 9-26-79 | 1:30AM | Dr Grossman |

| DECEDENT | RESIDENCE | HOSPITAL |
|---|---|---|
| David A Wilson 35/N/M | [redacted], Philadelphia, Pa | Graduate |

| CAUSE OF DEATH | WEAPON | RECOVERED |
|---|---|---|
| Gunshot wound of back | 45. auto | ☐ Yes ☒ No |

| POSTED BY DR. | M.E. CASE | DATE | CASE STATUS | FUGITIVES |
|---|---|---|---|---|
| Catherman | 4536 | 9-26-79 | Arrest (1) | ☒ Yes ☐ No |

**DEFENDANTS**

| NAME | RES. | PP NO. | DATE ARRESTED |
|---|---|---|---|
| Michael RANSOME 18-NM | [redacted] | 540176 | 3/6/80 |
| | | | |
| | | | |

| INVESTIGATED BY (Lt.—Sgt.) | DETS. |
|---|---|
| Lt Malone-Sgt Snyder | J Flanagan #787 Hom: D Porter #9172 SDD: |

**SUMMARY**

On Wednesday 9-26-79 at 12:56AM, Police responded to a Radio call of gunshots at 24th and Federal and upon arrival found the decedent lying on the pavement suffering a gun-shot wound of the back. He was taken to Graduate hospital and pronounced. No witnesses to the shooting located as of this time. Investigation continuing.

Relative notified: Mother-Dearetta Wilson res [redacted] by Det Flanagan.

Investigation revealed that the decedent was seen going to 1128 S. 24th ST. and talking to a Negro male. This male then chased the decedent south on 24th St. and fired five tim at the decedent striking him in the back. The Negro male with the gun was identified as Michael Ransome 18-NM, res. 1128 S. 24th St. Case discussed with ADA J. Murray and a warrant chargingRansome with Murder, Pic & Pow. Warrant obtained from MC JUdge Silberstein on 9/29/79. On Thursday, March 6, 1980 Michael Ransome was arrested inside 5933 Lansdowne Ave. by Det. Flanagan & Witcher Homicide Di

(Over)

| CRIMINAL RECORD | | CHARGES: ADA |
|---|---|---|
| Deceased: Attached | Defendant(s): Attached | J. MurraY |

| NOTIFICATIONS | DATE – TIME |
|---|---|
| ADA J Murray | 9/28/79 6PM |

**DISPOSITION**

| FUGITIVE | PP NO. | LOCAL WARRANT | NCIC | FUGITIVE WARR. | CIRCULAR |
|---|---|---|---|---|---|
| Michael RANSOME 18-NM | 540176 | 88720 | | | |

| ARRAIGN. DATE | M.C. JUDGE | P.H. DATE | M.C. JUDGE | GRAND JURY | INQUEST |
|---|---|---|---|---|---|
| 3/6/80 | Kaffriesen | 3/12/80 | | 3-25-80 | |

| TRIAL DATE | JUDGE | ADA | COURT ROOM | DEFENSE COUNSEL | VERDICT |
|---|---|---|---|---|---|
| | | | | | |

SENTENCE

| HOMICIDE RECORD TO DA | HOMICIDE SUMMARY TO DA |
|---|---|
| | |

75-328 (Rev. 11/71)

and charged with murder on warrant #88720 issued by MC Judge Silberstei
Ransome refused to make any statement and was arraigned before MC Judge Kafrissen and was held WOB for a pre hearing on 3/12/80 ct room 675.
Mrs. Dorothy Wilson, grandmother of deceased notified of arrest by Det. Flanagan.

**HEARING: Thursday, 3-20-80, hearing held for MICHAEL RANSOME in Room 675, City Hall. Testimony by witness Larry Parker and Detective Flanagan. Defendant held without bail. Judge Cosgrove, ADA McGill, Defense Attorney M. Leidner. Deceased David Wilson.**

5/8/80 - Defendant Michael Ransome. Bail reduced to $25,000. Judge Ribner.

7/14 - 7/23/80 - Defendant Michael Ransome. ADA Boland. Courtroom 478. Defense Attorney DiNubile. Jury Trial. Guilty Voluntary Manslaughter and Possession Instrument of Crime; other charges Nolle Prossed. Sentence: Deferred; continued 9/25/80. Bail $35,000. Judge Ivins.

1/7/81 - Defendant Michael Ransome. ADA Boland. Courtroom 246. Defense Attorney DiNubile. Post Trial Motions - Denied. Sentence: Murder - 3½ to 7 Years (with credit from 3/80); Possession Instrument of Crime (Generally & Concealed Weapon) - 1 to 2 Years concurrent. Judge Ivins.