**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Curtis Crosland,** | : | |
| **Plaintiff,** | : | **Civil Action** |
| **v.** | : | **No. 22-cv-02416-AB** |
| **City of Philadelphia; John Della Rocca as personal representative of the Estates of John Cimino and Albert Nespoli; Dominick Mangoni; James McNesby; Joseph Brignola; Karen Ansel, as personal representative of the Estate of Francis Ansel; Edward Hughes; Edward Rocks; Linda Westerman, as personal representative of the Estate of Frederick Westerman; Luis A. Silva, as personal representative of the Estate of John Lanzelotti; Joseph Descher; and Lieutenant Thompson,** | : | |
| **Defendants.** | : | |

**Declaration of Jonathan H. Feinberg**

Pursuant to 28 U.S.C. § 1746, I, Jonathan Feinberg, declare under penalty of perjury, as follows:

1. I am an attorney licensed in Pennsylvania and a partner in the firm Kairys, Rudovsky, Messing, Feinberg & Lin LLP. I represent Curtis Crosland in the above-captioned matter.

2. In the course of my representation I have reviewed on multiple occassions the entirety of the 375-page Il Man Heo murder investigation file (Heo H File) produced by the City

of Philadelphia with its initial disclosures in this case. The documents comprising that file are labeled City 000001-000375.

3. Based on my good-faith reviews, the Heo H File includes documents that appear to comprise the David Wilson homicide investigation file.

4. Based on my good-faith reviews, the Heo H File does not include the following:

a. Documentation indicating detectives made any effort to locate or interview eyewitnesses to the Heo shooting described by Mona Madison, Maurice Durbin, and collected by detectives on handwritten witness lists (Statement of Facts Exhibits 14-16);

b. Documentation of any investigation into Richard Saunders beyond an activity sheet dated January 7, 1985;

c. Documentation of any investigative events occurring between January 7, 1985 and April 1987;

d. Documentation of any investigative efforts to corroborate Rodney Everett's allegations against Crosland with eyewitnesses to Heo's murder or other individuals Everett claimed might have knowledge of Crosland's purported involvement;

e. Documentation of any investigatory efforts to verify Michael Ransome's purported alibi or to speak with him again after his police interview on April 24, 1987;

f. Documentation of any investigatory efforts to interview Louise Woods or Everett about Woods's statement to Detective Rocks on July 25, 1987 that Everett had told her someone other than Crosland committed the Heo murder;

g. Documentation of any investigative events occurring between July 25, 1987 and November 1987;

Executed this 31st day of January, 2025.

*Jonathan H. Feinberg*_________
Jonathan H. Feinberg