"Peanut" 2700 block Oakford

Fredericks - 28th bet. Oakford + Wharton

[redacted] Eugene 16N/m

John Erby 2600 block Federal south side.

Oscar Brown - 28N/m [redacted]

Michael Ransom

CONFIDENTIAL CITY 000197