TO INTERVIEW

75-483 A

RONALD SKINNER
[redacted]

Bruce Brooks
[redacted]

Thomas White
[redacted]

JAMES HODRICK [redacted]
[redacted]

Christopher Wood
[redacted]

Michael JOHNSON
[redacted]

HARVEY Mitchell
[redacted]

Wm. SMALLS
[redacted]

JOHNNY ERBY - [redacted]

NAME | PAGE | CASE NO.

INVESTIGATION INTERVIEW RECORD
CONTINUATION SHEET

CITY OF PHILADELPHIA
POLICE DEPARTMENT

OSCAR BROWN N W COR. [redacted]

CONFIDENTIAL