# INVESTIGATION INTERVIEW RECORD

PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION

| | | | |
|---|---|---|---|
| NAME | AGE | RACE | DOB |
| ADDRESS | APARTMENT NO. | | PHONE NO. |
| NAME OF EMPLOYMENT/SCHOOL | | | SOC. SEC. NO. |
| ADDRESS OF EMPLOYMENT/SCHOOL | DEPARTMENT | | PHONE NO. |

CASE NO.

INTERVIEWER

DATES OF PLANNED VACATIONS

DATES OF PLANNED BUSINESS TRIPS

NAME OF CLOSE RELATIVE

ADDRESS | PHONE NO.

PLACE OF INTERVIEW | DATE | TIME AM PM

BROUGHT IN BY | DATE | TIME AM PM

WE ARE QUESTIONING YOU CONCERNING

WARNINGS GIVEN BY | DATE | TIME AM PM

ANSWERS
(1) (2) (3) (4) (5) (6) (7)

[redacted]

Michael Johnson - 22 -

[redacted]

Harvey Mitchell 26 -

[redacted]

Wm Sudlo - 26 -

[redacted]

RECORD
☐ Yes ☐ No

CHECKED BY

REVIEWED BY

75-483 (Rev. 7/82)

INVESTIGATION INTERVIEW RECORD
CONTINUATION SHEET

CITY OF PHILADELPHIA
POLICE DEPARTMENT

| NAME | PAGE | CASE NO. |
|---|---|---|
| | | |

ALBERT FREDERICK,
1235 S 28th

AN

568 8994
568 8855

75-483 A