ACTIVITY SHEET

12/5/84 | 4X12 | 4 Plt. LANZELOTTI
* * *

84M-225 | Il Man HEO | NESPOLI

On this date, Homicide, was notified of a shooting inside a Variety store, at 27th & Oakford Street. Sgt. REBSTOCK, 17th District reported from U of P Hospital, that the complainant had sustained a gunshot wound of the left eye.

Sgt. WESTERMAN, and Det. HUGHES, went to the hospital, Det's LYNCH, and NESPOLI, went to scene. The scene is a combination food store and sandwich shop, Located on the N.E. Corner 27th & Oakford Street. The scene was processed by Officers OSCKI, and MERRITT, of the MCPU, and directed by the detectives at the scene. Photographs taken, blood samples taken, the counters were dusted for latents, and a search for physical evidence was conducted.

Det. James DONAHUE#789, SDD, was assigned as the divison man, and he assited at the scene.

Mona MADISON 22N/F [redacted], was interviewed inside the homcide division. In summary she said, she is the cashier in the store. Th she was there with Levi, a fellow employye and the complainaint, whom she calls Tony. A Negro male entered the store holding a Long Black gun, and announced Tony it's a hold-up. She said, the hold up man's attention was directed at Tony and Levi, and she ran from the store. She ran to her house and called the police. She described the doer as sounding young, about 5'5", light complexion, skinny.She was shown photographs of the neighborhood baddies by Det. KANE, compiled from H82-234.

Levi DAVIS 32N[redacted], was interviewed inside the Homicide Division, and in summary he gave the following account. He said, he was in the store bhind the counter near the back. He heard someone yell "Give up the money". He sawaa Negro male pointing a gun at Tony. He dropped to the floor behind ghe counter. He heard a single shot, and then he heard something fall. After a short time he heard the front door slam shut. He then ran outside and across the street and called the police. He described the male similar to the girl's, version. Could not identify because the scarf was around his face.

Maurice DURBIN 16N/M [redacted], interviewed at his residence, and in summary gave the following account. He was standing outside his house, which is about fifter(50) yards from the store. He heard a shot that sounded like it came from the store. A Black guy came out of the store and walked North on 27th Street. After a couple of steps he started to run. He said, Levi, came out after and yelled to call the cops. He said, the doer had something wrapped around his face and head. He had on a big coat, and he did not see a gun.

Det. HUGHES, reported from U of P Hospital, that the complainant was being treated by Dr. Joseph BABARIA. That the complainant had a gunshot wound of the left eye, with no exit.

The clothing of the complainant was submitted to the Chemical Lab on P.R.#005430. Also at the hospital P/O GUCKIN#2166, was given keys, and wallet of the complianant. The items were listed on P.R.#005431, and turned over to the wife of the complainant by Det. ALEXANDER.

A request of the Police Radio Tapes, was prepared and sent to the radio room, for a copy and a transcript.

There are some names of juvenile witnesses, that were taken by the uniform police officers. These names will be checked and these witnesses will be talked to tomorrow.

A nieghborhood survey was conducted by the detectives at the scene. No was found at this time that could add anything positive to the investigation.