ACTIVITY SHEET

1/7/85 | 8X4 | 4 Plt. LANZELOTTI

---

H84-275 | Il Man HEO | NESPOLI

It was brought to the attention of the assigned, that a Richard SAUNDERS, 16N/M [redacted]s [redacted]et, was arrested for an armed robbery on 1/5/85, in company with two(2) others that fled.

A check with the Youth Study Center, revealed that this subject will have a hearing on 1/8/85, at 9:00am, in Court Room D . He will be on the Detention List. ADA's, DEMEREST, and GILBERT, will be present. The assigned will attempt to talk to this subject.

Det's HUGHES, and NESPOLI, went to 1247 Pt. Breeze Avenue, and spoke to the proprietor of the market, Mr. YI. Mr. YI, could not add anything to the investigation, but did tell investigators to visit Mr. HYON, at 1320 South 21st Street, the proprietor of the seafood store.

Mr. HYON, himself could not add anything further to the investigation, but did reveal that his employee may have information. The detectives waited for the employee to come to work. He is George PORTER 19N/M [redacted]5 [redacted]r [redacted]et, Telephone [redacted]6. Mr. PORTER, did not want to talk to police at work and arrangements were made to interview him on on 1/8/85.

The detectives visited the 17th District, and spoke with Captain CONNOR, regarding this incident. Also anonymous calls have linked Michael RANSOME, [redacted]7 [redacted]h [redacted]h Street, P.P."540176, to this murder. A surveilance was set up around his residence and haunts to hopefully pick him up on the street.

Mr. RANSOME, was not seen during this period of time.