# INVESTIGATION INTERVIEW RECORD

**PHILADELPHIA POLICE DEPARTMENT**
**HOMICIDE DIVISION**

| Field | Entry |
|---|---|
| CASE NO. | |
| INTERVIEWER | Det. Hughes & Pol. Mangoni |
| NAME | Rodney Everett |
| AGE | 30 |
| RACE | B |
| DOB | [redacted]6 |
| ADDRESS | [redacted]. |
| APARTMENT NO. | |
| PHONE NO. | [redacted] |
| | [redacted] |
| NAME OF EMPLOYMENT/SCHOOL | Unemployed |
| ADDRESS OF EMPLOYMENT/SCHOOL | None |
| DEPARTMENT | |
| PHONE NO. | |
| DATES OF PLANNED VACATIONS | |
| DATES OF PLANNED BUSINESS TRIPS | |
| NAME OF CLOSE RELATIVE | Mrs. Rose Mandre |
| ADDRESS | 5163 Ogden St. |
| PHONE NO. | 4[redacted] |
| PLACE OF INTERVIEW | Room 104 PAB |
| DATE | 4-15-87 |
| TIME AM/PM | A:3:35PM |
| BROUGHT IN BY | EPW 800 |
| DATE | 4-15-87 |
| TIME AM/PM | |
| WE ARE QUESTIONING YOU CONCERNING | The Homicide by shooting of Il Man Heo, ins the grocery store, 1227 S. 27th St. on 12-5-84 |
| WARNINGS GIVEN BY | |
| DATE | |
| TIME AM/PM | |

ANSWERS (1) (2) (3) (4) (5) (6) (7)

Present at the time of this statement is Mr. William Massey -forner Probation Officdr, res. [redacted].

Q. Mr. Everett do you have information regardin the murder of an Oriental male inside the grocery store at 27th & Oakford St. that occurred on 12-5-84 ?

A. Yes.

Q. Are you willing to provide this information of your own free will and without any threats or promises made to you ?

A. Yes.

Q. Did you have someone contact the police department for you and express your wish to give this information ?

RECORD ☐ Yes ☐ No

CHECKED BY

REVIEWED BY

Rodney Everett

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHILADELPHIA
POLICE DEPARTMENT

NAME: Rodney Everett | PAGE: 2 | CASE NO.:

Q. Yes.

Q. Will you go on in your own words and tell us what you know about the murder of the Oriental male inside the grocery store at 27th & Oakford St. on 12-5-84 ?

A. Sometime after the murder, I dont know the time lapse Curtis Crosland came to my girlfriends house at [redacted]. and told me that he went to H&B's, thats the name of the store, at 27th & Oakford St. He said he went to rob the guy and the guy somehow flinched or something. He said he shot the man in the face. Then he expressed it to me that he told his cousin"Squirt"too. He said he felt as though he should kill "Squirt" because he told "Squirt" about the case and they had some conflict going on between one another. He told me that Michael Ransome was there at the time of the shooting. He said he was thinking about knocking Michael Ransome off also. That comes from because they were in a conflict also. Thats about it of what he told me about it.

Q. About how long after the murder did Curtis Crosland tell you this information ?

A. The best I can say is before Christmas of 1986.

Q. Was anyone else present when this conversation took place ?

A. No there wasn't.

Q. What is your girlfriends name who lives at 1533 S. Napa St. ?

A. Louise Woods.

Q. Where does Curtis Crosland live and how old is he ?

A. He lives at [redacted]1 [redacted]. He is about 24 yrs old now.

Rodney Everett

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHILADELPHIA
POLICE DEPARTMENT

NAME: Rodney Everett | PAGE: 3 | CASE NO.:

Q. Who is "Squirt" ?

A. The correct name is Frank Turner Jr., he's around 24, He lives on the last house on Ringgold St. at Reed St. on the East side of the street.

Q. Who is Michael Ransome, how old is he and where does he live ?

A. He is also 23-24 yrs, he lives in the 1600 blk S. 24th St. on the West side of the street.

Q. Did you ever see Curtis Crosland with a gun ?

A. Yes I have. I seen him with a 38 cal. special.

Q. Where and when did you see him with this gun ?

A. At his home at 24th & Federal St. Im pretty sure it was close to the time of the murder.

Q. In his conversation when he told you he shot the male in the store at 27th & Oakford St. did Curtis Crosland tell you what type gun he shot the male with ?

A. I dont remember if he said what type gun he used.

Q. Do you know how he was dressed when he comitted this murder ?

A. He said he had a mask- he said he had a cap on and pulled the cap down over his face - He had a scarf pulled down around his face.

Q. Did he tell you how many shots he fired at the male ?

A. Once.

Rodney Everett

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHILADELPHIA
POLICE DEPARTMENT

NAME: Rodney Everett | PAGE: 4 | CASE NO.:

Q. Did he tell you how he escaped from the store after the shooting or where he went after the shooting ?

A. No he did not.

Q. Did he tell you Michael Ransome was with him at the time of the shooting or Michael Ransome was present when he shot the male ?

A. He said Michael Ransome saw him do the shooting.

Q. Did he say where Michael Ransome was ?

A. No he did not.

Q. Why did Curtis Crosland tell you about this shooting ?

A. For one he is my son's uncle, my son is by his sister. I guess he felt he could tell me something like that.

Q. Is Curtis Crosland on the street at this time ?

A. Yes he is.

Q. Does he still have the gun or did he tell you what he did with the gun ?

A. I dont know, I dont think he still has it.

Q. Did Curtis Crosland tell you where he was when he shot the male or say how many people were in the store when it happened ?

A. He said he was at the cash register in the front part of the store, he didn't say how many people were in the store.

Rodney Everett

75-483 A

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHILADELPHIA
POLICE DEPARTMENT

| NAME | PAGE | CASE NO. |
|---|---|---|
| Rodney Everett | 5 | |

Q. When was the last time you saw Curtis Crosland ?

A. About five months ago, I dont remember where it was.

Q. Did you ever discuss this with him again, either the holdup-murder or his threatening to kill "Squirt" or Michael Ransome ?

A. No I didn't.

Q. Did you tell anyone what Curtis told you about killing the man in the store at 27th & Oakford St.?

A. Yes, Mr. William Massey.

Q. When did you tell Mr. Massey ?

A. Right after I got arrested the last time. I was in Guiffre Hospital and Mr. Massey came to visit me and I told him.

Q. Did Curtis tell you how much money he got during the robbery of the store at 27th & Oakfor

A. I cant say for sure, I dont recall.

Q. Describe Curtis Crosland -size -weight- complexion ?

A. He's 5'5", 140 lbs, brown skin, stocky build.

Q. Is there anything else you can add to this interview ?

A. No.

Q. How far did you go in school ? A. 12th grade- GED.

75-483 A

Rodney Everett

**INVESTIGATION INTERVIEW RECORD**

*CONTINUATION SHEET*

CITY OF PHILADELPHIA

POLICE DEPARTMENT

NAME Rodney Everett

PAGE 6

CASE NO.

Q. Can you read and write ?

A. Yes I can.

I have read the previous pages of this statement and I agree that the information contained in thenstatement is true and corredt.

Rodney Everett

I have read the six pages of this statement and the best to my recollection, they are true and correct.

75-483 A