| YR. | DIST. OF OCCUR. | DC NO. (2-7) | | XX INITIAL (49) / SUPPLEMENTAL (52) / Continuation (51) / Sheet 1 of | ☐ Class. Change ☐ Status Change ☐ Additional Info. ☐ Court Disposition | DISTRICT (8-9) | SECTOR (10) |
|---|---|---|---|---|---|---|---|
| 87 | 17th | 17 | 13318 | | | 17th | D |

| PREVIOUS CLASSIFICATION | CODE | DIST./UNIT PREPARING | CODE (11-12) | REPORT DATE |
|---|---|---|---|---|
| | | SDD | 61 | 3-21-87 |

| CLASSIFICATION | CODE (14-17) | PLACE OF OCCURRENCE (18-34) | J.A.D. INVESTIGATIONS (35) Juvenile Offenders |
|---|---|---|---|
| SIMPLE ASSAULT | 801 | [redacted] | 1. ☐ Male 2. ☐ Female 3. ☐ Adult Offenders |

| COMPLAINANT (Use firm name) (36-52) | AGE (80-81) | RACE (82) | SEX (83) | ADDRESS | PHONE |
|---|---|---|---|---|---|
| Louise Woods | 26 | 1. ☐ W 2. ☒ N 3. ☐ C 4. ☐ PR 5. ☐ O | 1. ☐ M 2. ☒ F | [redacted] | N/P |

| TYPE OF PREMISES (53-55) | DATE AND TIME REPORTED | REPORTED BY | ADDRESS |
|---|---|---|---|
| 70 | 3-18-87 2PM | complaintant | same |

| DATE OF OCCURRENCE (56-61) | DAY CODE (62) | TIME (63-65) | FOUNDED (66) | STATUS (67) | UNIT |
|---|---|---|---|---|---|
| 3-18-87 | 3 | 2PM | ☒ Yes ☐ No | 1. ☐ Active 2. ☐ Inactive - not cleared 3. ☒ Arrest - cleared 4. ☐ Exceptionally cleared | 17 |

| STOLEN PROPERTY (68) | | | PROPERTY VALUE (69-73) | RECOVERED VALUE (74-78) | INSURED | OCCURRENCE (79) |
|---|---|---|---|---|---|---|
| 1. ☐ Currency, Bonds, etc. 2. ☐ T.V., Radio, Stereo 3. ☐ Office Equipment | 4. ☐ Jewelry, Precious Metals 5. ☐ Household Items (Furniture, Washers) 6. ☐ Consumer Items (Liquor, Cigarettes, etc.) | 7. ☐ Autos 8. ☐ Clothing 9. ☐ Firearms A. ☐ Furs B. ☐ Misc. C. ☐ Live Stk. | $ | $ | ☐ Yes ☐ No | ☐ Inside ☐ Out |

S.D.D.# 1972

1. **ORIGIN AND DETAILS:**

a. 3-19-87 about 340PM, an arrest made by P/O Gregory Kapusta #5853 17th dist.#280 on the highway [redacted]. of a black male later identified as Rodney Everett for weapons charges.

b. Det.Pat Laurenzi #984 South Detective Division assigned.

2. **INTERVIEWS AND" NTERROGATIONS:**

a. Louise Woods B/F 26yrs. residence [redacted]. Phila.Pa. the complaintant was interviewed by the assigned and the following is a summary of that interview. She has two children by the defendant,Rodney Everett, and has been beaten by him before,she was afraid to report the beatings to the police because she knew that he had killed a young girl before and she,herself,was afraid of him.
About 2PM 3-18-87 he began to talk to her about her brother Michael Woods,with whom he had an argument with the night before. The argument started when Michael took a VCR from [redacted].,her house,so that he could tape a show. Rodney went to Michaels house and accused Michael of stealing the VCR. Today he said that her brother had to much mouth,and that he was going to end that right now. She saw him taken what she belived was a shotgun,put a bullet in,and leave the house,and head to her mothers house,where Michael live[redacted]48 [redacted]n [redacted].
When he left the house she ran out of the house with her four children,about whom she also argued with,telling her that he wanted the children that she had by him. She left [redacted]. and ran to her sister Robin's house at 3138 tasker St.to hide.
After she had been there for somethme,he,Rodney Everett called that house and spoke with her sister,Margaret Woods,and told her that he wanted Louise to give him the children that were his,and that if he did not get them he would blow-a y Robins house [redacted]r [redacted].
During th conversation on the phone,he said that he was going to come over to Robin's house to get the kids. She,Louise ran out of the house to a neighbors house to hide. She said that earlier about 2PM, he had choked her and she had called the police to report that he had left the house with a gun,but was told that he had disappeared before the plice could find him.

b. Margaret Woods B/F 25yrs. residence 1706 "A" Patton Dr. a witness was interviewed by the assigned inside South Detectives and the following is a su-mary of that int erview.
She was at her sister Robins house at [redacted]r [redacted]. when her sister Louise had c ome in with her four children. Rodney called for Louise, Louise spoke with him and Margaret coud hear the converstion that he wanted the children,she also spoke with him and he told her the same thing.

| INVESTIGATOR (Type and Sign Name) | SERGEANT | LIEUTENANT |
|---|---|---|
| DET.PAT LAUR NZ I# 984 | SGT. KEN COLUZZI # 552 | Lt.Arthur Berry #119 |

75-49 (Rev. 12/74)

DETECTIVE DIVISION

| | | | | |
|---|---|---|---|---|
| CLASSIFICATION 17 | CODE 13318 | INITIAL (49) / SUPPLEMENTAL (52) / Continuation (51) 51 Sheet 2 of | ☐ Class. Change ☐ Status Change ☐ Additional Info. ☐ Court Disposition | DISTRICT (8-9) 17th / SECTOR (10) D |
| CLASSIFICATION | CODE (14-17) 801 | PLACE OF OCCURRENCE (18-34) [redacted] | DIST./UNIT PREPARING SDD / CODE (11-12) 61 | REPORT DATE |
| COMPLAINANT (Use firm name) (36-52) | AGE (80-81) 26 | RACE (82) 1. ☐ W 2. ☒ N 3. ☐ C 4. ☐ PR 5. ☐ O / SEX (83) 1. ☐ M 2. ☒ F | ADDRESS / J.A.D. INVESTIGATIONS (35) 1. ☐ Male 2. ☐ Female 3. ☐ Adult Offenders | Juvenile Offenders / PHONE |
| TYPE OF PREMISES (53-55) 70 | DATE AND TIME REPORTED | REPORTED BY | ADDRESS | |
| DATE OF OCCURRENCE (56-61) 3-18-87 | DAY CODE (62) 3 | TIME (63-65) 2PM | FOUNDED (66) ☒ Yes ☐ No | STATUS (67) 1. ☐ Active 2. ☐ Inactive - not cleared 3. ☒ Arrest - cleared 4. ☐ Exceptionally cleared / UNIT |
| STOLEN PROPERTY (68) 1. ☐ Currency, Bonds, etc. 2. ☐ T.V., Radio, Stereo 3. ☐ Office Equipment 4. ☐ Jewelry, Precious Metals 5. ☐ Household Items (Furniture, Washers) 6. ☐ Consumer Items (Liquor, Cigarettes, etc.) 7. ☐ Autos 8. ☐ Clothing 9. ☐ Firearms A. ☐ Furs B. ☐ Misc. C. ☐ Live Stk. | PROPERTY VALUE (69-73) $ | RECOVERED VALUE (74-78) $ | INSURED ☐ Yes ☐ No | OCCURRENCE (79) ☐ Inside ☐ Out |

2. INTERVIEWS AND INTERROGATIONS: S.D.D.# 1972

that he was going to blow up Robins House if he did not get the children from Louise. Louise got scared and ran outside with the kids to a neighbors house, and Margaret and another friend of hers went upstairs and hid in a bedroom, when he arrived at the house. Robin let him into the house, and while he ahd Robin were downstairs, Margaret called the police. While he was downstairs arguing with Robin, Margaret came downstairs and saw him with his hands in his pockets, when he t-ok his hands out od his pocket she could see the outline of a gun in his right front pants pocket. it appeared to be a small hand-gun. He told Robin to tell Louise that he wanted the kids from the neighbors house where the yhad hiden, while he was inside Robins house, and had left the house to go to the neighbors house, when the plice arrived at the same time he walked out og the house.
When he saw the police, they had motioned for him to come over to them, but he ran away from them.

P/O Gregory Kapusta # 5853 17th District #1 Sq-C thaa arresting officer was interviewed by the assigned inside South Detective Division and the following is a summary of that interview.
about 340PM, he had received a R/C of a Man with a Gun wearing a beige pair of pants and no shirt at [redacted] .whe he arrived he saw a b/m come fromthe area of 32 and Tasker St. the officer backed up his police car and called over to the male, who was wearing a light colored sweater and beige pants. Whe he called the male over to his car, the male ran away from the officer west on Tasker St., south on 32nd St. east from 32nd St. over a fence onto the 3105 block of Fernon Dr. in the project. While the male was running over the 3105 block, the officer saw him throw something shiny onto a roof in that block. He caught the male as he was climbing over a fence and as other officers arrived he told one of them that the male may have thrown a gun onto the roof top.

P/O Gerald Cassidy # 2113 1ST District #1SQ-E recovered evidence was intefviewed and the following is a summary of that interview. He responded to a R/C of officer in pursuit 32nd and Tasker St. he arrived inside the Tasker project 3105 Fernon Dr. and was told by P/O Kapusta that the person that he had just caught may have thrown a gun onto the roof to pof 3105 block of Fernon Dr.
The officer climbed to the roofs of the block where he found a small silver colored .25 cal raven semi-auto- pistol. This officer informed the arresting officer of what he found, and they took the defendant, and the handgun to south Detectives.

| INVESTIGATOR (Type and Sign Name) | SERGEANT | LIEUTENANT |
|---|---|---|
| DET. PAT LAURENZI #984 | SGT. KEN COLUZZ I# 552 | Lt. Arthur Berry #119 |

DETECTIVE DIVISION

| | | | | |
|---|---|---|---|---|
| 17 13318 | INITIAL (49) / SUPPLEMENTAL (52) / Continuation (51) 51 Sheet 3 of 3 | ☐ Class. Change ☐ Status Change ☐ Additional Info. ☐ Court Disposition | DISTRICT (8-9) / DIST./UNIT PREPARING SDD / CODE (11,12) 61 | SECTOR (10) D / REPORT DATE |
| CLASSIFICATION SIMPLE ASSAULT | CODE (14-17) 801 | PLACE OF OCCURRENCE (18-34) [redacted] | J.A.D. INVESTIGATIONS (35) 1. ☐ Male 2. ☐ Female | Juvenile Offenders 3. ☐ Adult Offenders |
| COMPLAINANT (Use firm name) (36-52) | AGE (80-81) 26 | RACE (82) 1. ☐ W 2. ☒ N 3. ☐ C 4. ☐ PR 5. ☐ O; SEX (83) 1. ☐ M 2. ☒ F | ADDRESS | PHONE |
| TYPE OF PREMISES (53-55) 70 | DATE AND TIME REPORTED | REPORTED BY | ADDRESS | |
| DATE OF OCCURRENCE (56-61) 3-19-87 | DAY CODE (62) 3; TIME (63-65) 2PM | FOUNDED (66) ☒ Yes ☐ No | STATUS (67) 1. ☐ Active 2. ☐ Inactive - not cleared 3. ☒ Arrest - cleared 4. ☐ Exceptionally cleared | UNIT |
| STOLEN PROPERTY (68) 1. ☐ Currency, Bonds, etc. 2. ☐ T.V., Radio, Stereo 3. ☐ Office Equipment 4. ☐ Jewelry, Precious Metals 5. ☐ Household Items (Furniture, Washers) 6. ☐ Consumer Items (Liquor, Cigarettes, etc.) | 7. ☐ Autos 8. ☐ Clothing 9. ☐ Firearms A. ☐ Furs B. ☐ Misc. C. ☐ Live Stk. | PROPERTY VALUE (69-73) $ | RECOVERED VALUE (74-78) $ | INSURED ☐ Yes ☐ No; OCCURRENCE (79) ☐ Inside ☒ Out |

2. INTERVIEWS AND INTERROGATIONS:
Rodney Everett B/M 30y s. residence [redacted]. the defendant was warned of his rights from 75-Misc # 3 and made no statments at this time.

3. ACTION TAKEN:
a. Interviews conducted.
b. Arrest messages sent.
c. Record check showed PPN 480275 with eight(8) prior arrests.
d. NCIC...PCIC check showed the defendant on State arole.
e. Recovered weapon placed on property receipt#99397,Gun Registration check showed negative.
f. Recovered rifle from the defendants bedroom,which was found by the complaintant the owner of the house was placed on property receipt # 105585 and both weapons taken to the Ballistics Unit. Gun registration check showed no registration. R covered by the assigned after being found inside the front bedroom of the defendant and the compl. under the bed in that room,loaded with 1 round of .30 cal ammo.

4. REMARKS:
a. Case is to be carried as coded...FOUNDED...CLEARED BY ARREST.
b. Copies of 75-48...49 and property receipts submitted for discovery.
c. Victims comp forms supplied to the compl.

5. MESSAGES SENT:
a. Arrested by police 3-19-87 about 345PM 3105 Fernon Dr. and charged with Simple assault,REAP,Threats and weapons offenses. Rodney Everett B/M 30yrs. 1533 S.Napa St.
b. Owner wanted for the following items #1 a Marlin .30 Cal rifle with scope,lever action,brown wood stocks,serial number 190690032,loaded with 1 round of .30 cal ammo. Recovered from inside the residence 1533 S.Napa St. on 3-19-87 about 830PM.
Item # 2 a .25 cal raven auto pistol,chrome finish with 2" barrel and clip with one round of .25 cal ammo Mod# P-25 recovered from the roof of 3105 Fernon Dr. 3-19-87 350PM after being thrown there by the defendant,while being chased by police.

6. JUDICIAL PROCESS:
a. Louise Woods B/F 26yrs. 1533 S.Napa St. the complaintant.
b. Margaret Woods B/F 25yrs. 1706 "A" Patton Dr. witness
c. P/O Gregory Kapusta # 5853 17th Dist #1SQ-E arresting officer no vac.
d. P/O Gerald Cassidy # 3113 1ST District #1SQ-C Evidence(handgun)
e. Det.Pat Laurenzi #984 SDD #2SQ-D EVIDENCE.

| INVESTIGATOR (Type and Sign Name) | SERGEANT | LIEUTENANT |
|---|---|---|
| DET.PAT.LAURENZI #984 | SGT.KEN COLUZZI # 552 | Lt.Artuhr Berry #119 |

75-49 (Rev. 12/74)

DETECTIVE DIVISION

DETECTIVE DIVISION