# INVESTIGATION INTERVIEW RECORD

**PHILADELPHIA POLICE DEPARTMENT**
**HOMICIDE DIVISION**

| Field | Entry |
|---|---|
| CASE NO. | |
| INTERVIEWER | Det. Hughes & Pol. Mangoni |
| NAME | William Massey |
| AGE | 55 |
| RACE | B |
| DOB | [redacted] |
| ADDRESS | [redacted] |
| APARTMENT NO. | |
| PHONE NO. | [redacted] |
| NAME OF EMPLOYMENT/SCHOOL | Unemployed- Retired |
| SOC. SEC. NO. | |
| ADDRESS OF EMPLOYMENT/SCHOOL | |
| DEPARTMENT | |
| PHONE NO. | |
| DATES OF PLANNED VACATIONS | |
| DATES OF PLANNED BUSINESS TRIPS | |
| NAME OF CLOSE RELATIVE | Mrs. Ethel E. Massey |
| ADDRESS | [redacted] |
| PHONE NO. | |
| PLACE OF INTERVIEW | Room 104 |
| DATE | 4-15-87 |
| TIME | 5:00PM (AM / PM) |
| BROUGHT IN BY | self |
| DATE | |
| TIME | (AM / PM) |
| WE ARE QUESTIONING YOU CONCERNING | Homicide by shooting of Il Man Heo, in the grocery store, 27th & Oakford St. on 12-5-84 |
| WARNINGS GIVEN BY | |
| DATE | |
| TIME | (AM / PM) |

ANSWERS

(1) (2) (3) (4) (5) (6) (7)

Q. Mr. Massey, what was you former occupation ?

A. I was a probation officer in the Intensive Unit, I retired March, 10, 1987.

Q. Do you know Rodney Everett and if you know him, how long have you known him ?

A. I know him and I have known him since he was discharged from Gratersford Prison in February, 1985.

Q. Did you have occasion to discuss the information he gave in the statement regarding the murder of the Oriental male inside the grocery store at 27th & Oakford St. with him?

A. YES.

Q. When and where did this discussion take place ?

A. It took place on April 3rd, 1987 at the Guiffre Medical Center, Detention Facility.

RECORD ☐ Yes ☐ No

CHECKED BY William Massey

REVIEWED BY

75-483 (Rev. 7/82)

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHILADELPHIA
POLICE DEPARTMENT

| NAME | PAGE | CASE NO. |
|---|---|---|
| William Massey | 2 | |

The interview took place between 10:08 and 11:40AM on 4-3-87.

Q. Go on in your own words and tell me what Mr. Everett told you at that time ?

A. Sometime before 4-3-87, on Friday March 27, 1987, Mr. Everett was at the Guiffre Medical Center and I called him there from 1801 Vine St. The District Attorneys Office, office of Mr. Hugh E Colihan, Rm 156 M. This was 4:55PM.

Mr. Everett said he wanted to reveal pertinent information about the H&B Market murder case. He said he did not want his girlfriend or his family involved.

Then on Friday 4-3-87 I went to Guiffre Medical Facility and spoke to Mr. Everett in person. Mr. Everett told me that he came name the people involved in the murder of the Korean man who was the owner of the H&B Market. He said he hesitated to furnish the information becuase his son is involved. He said he wanted to speak to me alone because he had complete confidence that I wont do anything to hurt him. He wanted my assurance that this information would not be used against him.

He said he wanted Mr. Colihan, myself and the detective from the DA's office to be present at the time he revealed this information.

During the interview he furnished me with a list of names but asked me not to reveal the names until we would work out the details of the meeting.

He wrote the names down Curtis Crosland, Lester Turner, Michael Ransome, Frank Turner Jr who is also known as "Squirt". He said these males are involved in drug sales and robberies and shootings at the present time but it wasn't pertinent to this case, (H&B murder).

He also mentioned ADA Joe Mc Gill or Barbara Christie- He said he knows they are fair and he would trust them, this was in case Hugh Colihan could not make the arrangements.

J. William Massey

75-483 A

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHILADELPHIA
POLICE DEPARTMENT

| NAME | PAGE | CASE NO. |
|---|---|---|
| William Massey | 3 | |

He also said he would be willing to take a lie detector test regarding this information.

Then he went on to tell me basically the same information in the report he just gave you. He said Curtis Crosland went into H&B Market, 27th & Oakford St., robbed the man and shot him in the head and then split. He said Curtis came to his house sometime later on and told him about it and mentioned the named of other people who were involved.

Q. Did he say why he decided to reveal this information at this time ?

A. He said the primary reason was that he wanted to get out of jail and he reminded me that he mentioned it sometime ago when he first got out of Gratersford that it was on his conscience, that this guy, Curtis Crosland, should be off the street but he, Everett, was afraid of what would happen to his son. When he first got out of Gratersford he did mention a murder at the H&B Market, he said he would let me know when he found out about it.

Then in June of 1986 before I retired he asked me if I had found out anything. At that time I had not done so. After talking to Everett at Guiffre I did find out information about the murder at H&B by going to the Free Library of Phila. Public Infor. Newspapers and Records and I obtained all the information on a computer printout .

I had personal meetings with Rodney Everett on 4-3-87 and at that time he told me the information listed above re: H&B robbery-murder.

Q. Did he say what his relationship was to Curtis Crosland ?

A. Yes, but he was talking about so many relationships I dont want to give any wrong info.

[signature] William Massey

75-483 A

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHILADELPHIA
POLICE DEPARTMENT

| NAME | PAGE | CASE NO. |
|---|---|---|
| William Massey | 4 | |

Q. Do you have any reason to believe Rodney Everett is providing this information for any other reason than he stated to you ?

A. I have no reason to think he is lying about this information. When I first met Rodney he came to the Probation Office and told me he wanted to see if he could help prevent some guys from ending up in Gratersford like he ended up there. He asked me to look up his record and said he had a bad juvenile record and he admitted being guilty of a lot of the things they said he did. He became a volunteer going with me on selected visits on cases where I had experienced very little success. There were at least seven cases he worked with me over a period of a year and one or two additional cases after I left on sick leave. He assisted me in working with difficult juvenile offenders with a good deal of success.

Q. Was there anything he revealed to you that wasn't included in his interview today ?

A. No he furnished more details today that he did when I spoke to him in t e hospital.

Q. Do you know or have you had any contact with any of these individuals he mentioned ?

A. I haven't had any official or unofficial contact with any of them.

Q. Is there anything else you can add to this interview ?

A. No.

J. William Massey