This is being being written by me Rodney Everett on this day of 2-1-89, concerning the matter of comm v. Curtis Crosland.

On 4-87 I was incarcerated at the Phila Detention Center for assault and weapon violations.

At such point I was taken to 8th-N-Race, once I reached 8th-n-Race Police Admistration Building), I was accosted by two detectives.

I, was placed in a interragation room, for a hour before being questioned bout a killing that had taken place some time ago.

I, was told by one detective that they were told that I was either involved or new something about the murder.

I, denied tensely that I knew anything, than another detective came in with my record, and described to me how easy it would be for me to get the case, because I had been in jail for murder before.

After some long hours I made a statement.

The statement which I made was fictious and ~~[illegible]~~ made from memory, from reading the newspapers and seeing on the news, then I named Curtis Crosland as the central figure.

After lengthy hours of questioning I was taken back to D.C. on numereous of occassions I was given the polygraph and failed.

The detectives at one point asked me would I testify and I responded I did not wish to.

~~[illegible]~~

Then in december of 1987 I was taken to court again, but before could get in court, I was informed that I was to be charged in the murder along with Curtis Crosland, at this point I became distraught, and begin to feel that if I did not go along with the police, I would certainly be charged.

The ...

concern for myself.

When Asked to testify Again in december of 1988, I told D.A. Joel Rosen that I could not and would not send a innocent man to jail, this was before trail begun.

D.A. Rosen in return threaten me as to the fact that he would ask that I be held for contempt, at which point I responded to "him" to do what you wish.

Two days later he called me to his office again and I repeated what I said two days earlier, he angerily told me he was going to put me on the stand.

I, was taken in court and met by a public Defender, by the name of Anne Chairello who in turn told me if I took the stand and said nothing I could be held in contempt, and would be re-arrested.

P.D. Chairello then expressed for me to Avoid the contempt, I could take the fifth.

I, Also expressed to her my reasons for not wishing to testify.

In All respect to mr. Crosland situation, I was ~~very~~ and am willing to testify on his behalf.