# I.M. Heo, Holdup Victim

By JIM NICHOLSON
Daily News Staff Writer

Services will be Saturday for Il M. Heo, who was fatally shot during a robbery attempt at his South Philadelphia grocery Dec. 5.

Heo, 46, was shot in the face by a man who entered his store, H&B Food on 27th Street near Wharton,

## DEATHS

and demanded money. After shooting Heo, the gunman fled empty-handed.

A $2,000 reward has been offered by the Korean Businessmen's Association for information leading to the arrest and conviction of the killer.

A native of Seoul, South Korea, Heo finished high school there and served in that nation's army. He worked for several years as a civilian employee of the U.S. Eighth Army in Korea before coming to the United States 13 years ago with his wife, the former Yon Suk Kim.

He settled in Lansdale, Montgomery County, and took a job on the assembly line at Leeds & Northrup.

"He worked about seven, eight years in the factory to save money to start his own business," said Bo H. Lim, president of the Korean Businessmen's Association. "He was very generous and kind to neighborhood people and very family-oriented. He went to every game of his son's baseball team, and was always telling them stories."

Bone Pil Yang, a friend of many years, said, "He took good care of his family. He was a very quiet but warm person. We have not seen him much since he started working in his store in Philadelphia because he worked very hard and very long hours."

Heo had been secretary general of the North Penn Korean Association.

In addition to his wife, he is survived by a daughter, Song; a son, Charles; and his mother, the former Chun Ki Soo.

Services will be at 10 a.m. Saturday at the Huff and Lakjer Funeral Home, Derstine and Cannon avenues, Lansdale. Burial will be in George Washington Memorial Park, Stenton Avenue and Butler Pike, Plymouth Meeting, Montgomery County.

### Jerlean McCleandon

Burial services will be Saturday in Heartfield, Ga., for Jerlean McCleandon, an active member of New Welcome Baptist Church, who died Dec. 6. She was 64 and lived in the Germantown section.

The former Jerlean Grace, she was president of the church deaconess board and was a past president of the prayer band and the pastor's aid. She had been a member of the church, located at 20th and Parrish streets, since 1964.

"She was a religious lady, and everybody who knew her loved her. Her personality was beautiful. She would help you before she would help herself," said Lillie "Bessie" Scott, a daughter. "Her favorite saying was 'Let not your heart be troubled.' "

McCleandon was a member of Prince Hall Grand Chapter, Amelia 14 of the Order of the Eastern Star, Pelham, Ga.

She also is survived by her husband, Ulysees McCleandon; her mother, Mabel Grace; two other daughters, Kathryn Walker and Mae D. McQueen; five sons, Freddie, U.T., Henry C., Roy L. and John L.; two brothers, Joe and Clifford; four sisters, Minnie Mae Trentwell, Leola Jones, Lillie Godfrey and Willie Mae Bunion; 42 grandchildren; and 20 great-grandchildren.



Unifax

**Party's Over**

Bhagwan Shree Rajneesh wishes his followers a good night yesterday at the close of darshan — a meeting of disciples and master — at his commune in Rajneeshpuram, Ore. The darshan ended a five-day festival in celebration of the guru's 53rd birthday, which was Tuesday.

### Domenick Juliano

Domenick Juliano, who had worked as a baker, died Monday. He was 70. Juliano lived in South Philadelphia and was a member of Epiphany of Our Lord Church.

He is survived by a son, Walter A.; a daughter, Linda Montgomery; his mother, Jennie Juliano; four sisters, Rita Guiliano, Louise Guiliano, Sue Borzillo and Rose; and a brother, Sam.

Mass of Christian Burial will be celebrated at 10 a.m. tomorrow at Epiphany of Our Lord Church, 11th and Jackson streets. Burial will be in Holy Cross Cemetery, Baily Road and Wycombe Avenue, Yeadon, Delaware County.

Friends may call between 8 and 9 a.m. tomorrow at the Pennsylvania Burial Co., 1327-29 S. Broad St.

### Andrew Osinski

Andrew Osinski, who had worked as a rail-car operator for SEPTA, died Monday. He was 64 and lived in the Juniata Park section.

He was a member of Holy Innocents Church and was an Army veteran of World War II.

Osinski is survived by his wife, the former Adeline Ballerino; a son, Richard; two sisters, Mary Meyers and Irene Thompson; and a brother, Michael.

Mass of Christian Burial will be at 11 a.m. tomorrow at Holy Innocents Church, L Street and Hunting Park Avenue. Burial will be in Magnolia Cemetery, Tulip and Levick streets.

Friends may call at 9:30 a.m. tomorrow at the Nulty Funeral Home, Frankford Avenue and Church Street.

### William C. Hadlich

William C. Hadlich, a retired machinist for the Crane Co., died Tuesday. He was 79 and lived in the Kensington section of the city.

He is survived by his wife, the former Helen C. Mooney; three daughters, Helen Mavracic, Lorraine Lange and Diane Burns; a son, Daniel, and eight grandchildren.

Services will be at 10:30 a.m. tomorrow at the Guckin Funeral Mansion, 3320-40 G St., where friends may call one hour before the service. Burial will be in Oakland Cemetery, Adams and Ramona avenues.

## Chase Woodhouse, Ex-Congresswoman

United Press International

NEW CANAAN, Conn. — Chase Going Woodhouse, one of only five women to represent Connecticut in Congress, died yesterday in a nursing home. She was 94.

Woodhouse, a Democrat, was elected secretary of the state in 1940 and served for two years. She was elected to Congress in 1944 from the 2nd District and served from 1945 to 1957 and again from 1949 to 1951.

Woodhouse was educated at McGill University, Berlin University and the University of Chicago. She began her career as a teacher and was a professor of economics at Connecticut College and Smith College.

## She ... With...

United Pre...

ALBUQUE... woman drove ... with a carload o... ed them for distr... children.

The woman said she ... small inheritance recentl... ed to share her good fortune ... poor, officers said Tuesday. ... estimate the woman, who would ... tell them her name, spent $2,000 o... her shopping spree.

## Death Notices

**BARONE**
RICHARD A., JR., (DICK), Dec. 11, 1984, of Villanova, Pa., survived by his wife Chintz (nee Saggese), his sons Richard S. and John E., his daughters, Barbara Cohen and Joan B. Barone, his sister, Eleanor Santelli; also survived by 5 grandchildren. Relatives and friends are invited to his Mass of Christian Burial, Fri., 10 A.M. at St. Thomas of Villanova Chapel on the Campus of Villanova University, Lancaster Ave., Villanova, Pa. Friends may call at the Chapel from 9:30 to 10 A.M. Funeral and int. private. Contributions in his memory to The Childrens Hospital of Phila., 34th and Civic Center Blvd., Phila., Pa., 19104 would be appreciated. (Arr. by THE ROBERT L. D'ANJOLELL MEMORIAL HOME OF BROOMALL.)

**BODEWIG**
MARY E., Dec. 11, 1984, mother of Alvina Armpriester, grandmother of John James and 5 grandchildren; also survived by 4 brothers and 4 sisters. Relatives and friends are invited to funeral Fri., 9 A.M., GARZONE FUNERAL HOME, 1830 E. Somerset St. Mass of Christian Burial, Holy Name Church, 10 A.M. Int. Holy Sepulchre Cem.

**BROWN**
ERNEST T., 2317 Fernon St., Dec. 9, 1984, survived by sister Adlee Brown and a devoted friend Louise Laws. Viewing Sun., Dec. 16th, from 6 to 8 P.M. at PELZER-KIRKLAND FUNERAL HOME, 1901 Federal St., Phila. Services at 8 P.M. at the funeral home. Int. Mon., Dec. 17th, Mt. Zion Cem.

**BUTANAVAGE**
Suddenly, on Dec. 10, 1984, CHARLES W. BUTANAVAGE, beloved husband of Katherine Gunning; also survived by stepson William Newns and 2 sisters Eleanore and Eva. Relatives and friends, also employees of Penna. State Stores are invited to funeral Sat., 9:30 A.M. from THE WILDEY FUNERAL HOME, INC., Front and Westmoreland Sts. Mass of Christian Burial, 10 A.M., Church of St. Hugh. Int. New Cathedral Cem. Friends may call Sat. after 8:30 A.M. No viewing Fri. eve. (Parking in the Wildey lot.)

**CARDILLO**
Dec. 11 1984, BRUNO, beloved husband of Rita (nee Piccoli), father of Susan, Rita Marie Genestra, Bruno and Donna; also survived by 3 grandchildren, brother of Louis. Relatives and friends are invited to funeral Sat., 8:30 A.M. from PENNA. BURIAL CO. INC., 1327-29 S. Broad St. Mass of Christian Burial, St. Paul's Church, 9:30 A.M. Int. Holy Cross Cem. Viewing Fri. eve 7-10. AMPLE FREE PARKING.

**DEISSLER**
Dec. 11, 1984, RAYMOND F., son of the late William and Mary Deissler (nee McDade). Relatives, friends and employees of Pepsi Cola Co. are invited to his funeral Sat., 8:30 A.M., JAMES W. DOWNS FUNERAL HOME, 443 E. Girard Ave. Mass of Christian Burial, 10 A.M., Immaculate Conception Church. Int. Holy Sepulchre Cem. Friends may call Sat., after 8:30 A.M.

**DiMICHELE**
Dec. 11, 1984, DOMINIC, beloved father of Angela, dear brother of Mary DiMichele, Concetta Prendergast, Yolanda Allen, Helen DeProbert, Jean Raspa and Rosalie Fountas. Relatives and friends invited to funeral Sat., 8:30 A.M., from THE ACHILLE A. INGENITO FUNERAL HOME, 705-07 Christian St. Mass of Christian Burial, Sat., 9:30 A.M., Sacred Heart Church. Int. Holy Cross Cem. Viewing Fri. eve. 7-10.

**FORESTA**
ENRICO, beloved husband of Agatha (DiSalvo), devoted father of Anthony, Peter, Robert, Josephine Douglas, Janice Terriales and Joseph; dear brother of Salvatore, Concetta Settefratte, Margaret Amato, Thomas and Stella Cava; survived by 13 grandchildren. Relatives and friends invited to funeral Sat., 8:30 A.M., CARTO FUNERAL HOME, INC., 2212-14 S. Broad St. Mass, 10 A.M., Stella Maris Church. Int. SS. Peter and Paul Cem. Viewing Fri., 7-9:30 P.M.

**GALLEN**
Dec. 8, 1984, JOHN F., beloved son of the lat... and Dorothy Gallen (nee Read), brother of T... and Robert W. Relatives and friends invit... ing, Wed. eve. after 7 P.M. at St. Richa... 18th and Pollock Sts., immediately foll... of Christian Burial, 8 P.M. Gravesi... vice will be held Thurs. mornin... Cross Cem.

**GILDEA**
Dec. 11, 1984, MA... Springfield, Pa., be... mother of John J. ... C. and Mary P. K... John V. Marti... tin; also sur... grandchildre... neral Sat. 9 A... AL HOME, ... mont Rd., ... A.M., St. F... Holy Cros... 9. In lieu o... ed.

**HIL...**
Wi... so...

**LL...**
Dec. ... the lat... Saulino ... grandchi... invited to ... NERAL H... tian Burial, ... rian Cem. F...

**MARTIN...**
RONALD J. ... Dr., Glenolde... Santomieri), ... daughter, Li... Angelini), an... friends are inv... the new ROB... UPPER DAR... Darby. Mass ... Lady of Fati... Friends ma... es)

... the late F... sister of ... Springfie... Gamma... na Mer... neral S... Ave. a... of Arc... Frien...

**PE...**
Mi... (n... th... a... E... Vi... m... th...

**...**
De... 11th. ... Jose... tary...

**PU...**
NYOK... 28, bel... a host o... call at T... Columb... Funeral ... the Chur... Gardens... under th... NERAL...

**RICE**
LOTTIE ... sister o... LaMott, ... Services ... A.M.E. C... ning at 9 A... (arr. by GA...

**SAYKO**
ANDREW CH... aliah, Fla. Fun... nience of th... HOME.

**SHEP...**
Dec. 11, ... loved ... daugh... Cra... fe...

db i84
ENTER QUERY (I84)
h&b or h /2 b
YOUR SEARCH IS PROCEEDING.

Kirk Hoffmayer

RANK 1 OF 21. PAGE 1 OF 2. DOCUMENT NUMBER 141825

PHILADELPHIA INQUIRER

DATE: WEDNESDAY December 26, 1984
PAGE: A09 EDITION: FINAL
SECTION: NATIONAL LENGTH: SHORT
ILLUSTRATIONS: PHOTO
SOURCE: United Press International
DATELINE: PENSACOLA, Fla.

BOMBS EXPLODE IN FLORIDA AT THREE ABORTION CLINICS

Homemade bombs rocked three abortion clinics within a period of minutes early yesterday, including one clinic that had been wrecked by a bomb exactly six months ear*

p=5

RANK 2 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 138708

METROPOLITAN AREA NEWS IN BRIEF

END OF DOCUMENT.

a

RANK 2 OF 21. PAGE 1 OF 6. DOCUMENT NUMBER 138708

PHILADELPHIA INQUIRER

DATE: WEDNESDAY December 12, 1984
PAGE: B02 EDITION: FINAL
SECTION: LOCAL LENGTH: LONG

METROPOLITAN AREA NEWS IN BRIEF

A.C. CASINOS REPORT WINNING
$154.4 MILLION IN NOVEMBER

The 10 Atlantic City casinos reported that they won $154.4 million in November, a 7.8 percent increase over the $143.2 million recorded in November 1983 by the nine casinos that were operating at the time, the Casino Control Commission said yesterday.

Although, according to the commission, casino revenues have increased by 9.5 percent so far this year, analysts have warned that the industry's growth is slowing and have recommended belt-tightening measures for the casinos. The ''win'' figure represents the amount of money lost by gamblers; it is not profit because it does not include expenses, such as salaries and maintenance costs.

The Golden Nugget Casino/Hotel reported the largest win figure, $18.8 million. At the other end of the scale was the Claridge Hotel & Casino, at $10 million.

1

RANK 2 OF 21. PAGE 3 OF 6. DOCUMENT NUMBER 138708

yesterday in the county, state police said.

The northbound car hit the man about 4:50 p.m. on the south side of a newly built overpass of Route 7, a half-mile south of Stanton, police said. Donaldson was tossed onto the car's roof and windshield, and was carried 160 feet before falling, police said. He was pronounced dead on arrival at the Delaware Division of the Medical Center of Delaware at 5:29 p.m.

The driver, Deborah A. Perez, 26, of Capano Drive, Cavaliers Apartments near Christiana, and her daughter, Lori C., 4, were taken to the same hospital, where the woman was treated for cuts and abrasions, and both were released, police said. No charges were filed. Witnesses are asked to call Troop 6 of the state police at 302-571-6223.

X GROCER, WOUNDED IN HOLDUP
LAST WEEK, DIES OF INJURIES

Il M. Heo, 46, who was shot in the face last Wednesday during a holdup attempt at his South Philadelphia grocery, died at 3:10 p.m. yesterday at the Hospital of the University of Pennsylvania, homicide detectives said.

Heo, of the 1500 block of Susan Drive in Lansdale, was shot about 8:15 p.m. Wednesday by a man who entered his store,*H&B*Food Market, in the 1200 block of South 27th Street, and demanded money, detectives said. The gunman, who wore a scarf over the lower portion of his face, fled empty-handed, detectives said.

Heo had been the victim of several holdups at the store, according to

RANK 2 OF 21. PAGE 4 OF 6. DOCUMENT NUMBER 138708

family members. The Korean Businessmen's Association has offered a $3,000 reward for information leading to the arrest of the gunman.

KENSINGTON MAN FOUND SHOT
IN ALLEY DIES OF HIS WOUND

Patrick Trainor, 27, was found shot in an alley in Kensington yesterday afternoon and was pronounced dead minutes later at Episcopal Hospital, detectives said.

Police discovered Trainor, of the 2000 block of East Arizona Street, Kensington, in an alley in the 2500 block of North Lee Street, detectives said. He was pronounced dead of a bullet wound of the buttocks at 3:10 p.m., according to detectives.

Police had no motive and no suspect in the shooting.

PERKIOMEN SOCIETY OWNER SUED
BY U.S. FOR WATER VIOLATIONS

The U.S. attorney's office yesterday sued the owner of the Perkiomen Valley Preservation Society, in Montgomery County, seeking $270,000 in damages for violations of the federal Safe Drinking Water Act.

In the civil complaint, government attorneys are seeking to hold the owner, Donald J. Neilson, personally liable for a $270,000 fine assessed against the preservation society in July. A federal judge had ordered the society to provide clean drinking water to residents of Maranatha Park in Marlborough Township, but the society was three months late in complying with the order

p=5

RANK 2 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 138708
METROPOLITAN AREA NEWS IN BRIEF
END OF DOCUMENT.
p13-21
RANK 3 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 137766
KOREANS POST REWARD IN SHOOTING
END OF DOCUMENT.

RANK 4 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 137304
GROCER IS SHOT BY HOLDUP MAN IN SOUTH PHILA.
END OF DOCUMENT.

RANK 5 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 129413
PHILADELPHIA
END OF DOCUMENT.

RANK 6 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 129409
U.S. CONGRESS
U.S. HOUSE
END OF DOCUMENT.

RANK 7 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 123060
NEW BUSINESSES
END OF DOCUMENT.

RANK 8 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 120097
POLICE BLOTTER
END OF DOCUMENT.

RANK 9 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 109109
THE MILLIONAIRE
END OF DOCUMENT.

RANK 10 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 102771
DR.*H.*CURTIS WOOD JR., HEADED PLANNED PARENTHOOD LOCALLY
END OF DOCUMENT.

RANK 11 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 102598
NEW BUSINESSES
END OF DOCUMENT.

RANK 12 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 99829
GROUND RULES FOR TASTINGS
END OF DOCUMENT.

RANK 13 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 89724
DEATHS ELSEWHERE
END OF DOCUMENT.

RANK 14 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 89212
POLICE BLOTTER
END OF DOCUMENT.

RANK 15 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 87838
MONTGOMERY COUNTY
END OF DOCUMENT.

RANK 16 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 87834
PHILADELPHIA
END OF DOCUMENT.

RANK 17 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 87475
WHERE THE BLUE-RIBBON BATS BEGIN
END OF DOCUMENT.

RANK 18 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 84928
IS THE*B-1*A PLANE WHOSE TIME HAS COME?
END OF DOCUMENT.

RANK 19 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 82762
DECRYING BILL, WEICKER WARNS OF A 'TO-WHOM-IT-MAY-CONCERN' PRAYER
END OF DOCUMENT.

RANK 20 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 81486
TWO AREA COLLEGES TO FIGHT LINKING OF AID, DRAFT SIGNUP
END OF DOCUMENT.

RANK 21 OF 21. PAGE 1 OF 1. DOCUMENT NUMBER 80828
THE BOOKSHELF/MYSTERIES
END OF DOCUMENT.

RANK 3 OF 21. PAGE 1 OF 3. DOCUMENT NUMBER 137766

PHILADELPHIA INQUIRER
X DATE: SATURDAY December 8, 1984
PAGE: B04 EDITION: FINAL
SECTION: LOCAL LENGTH: MEDIUM

KOREANS POST REWARD IN SHOOTING

Philadelphia's Korean business people last night offered a $3,000 reward for information leading to the arrest of the robber who shot a Korean grocer Wednesday in his South Philadelphia store.

The shooting left Il M. Heo, 46, of Lansdale, in critical condition last night at the Hospital of the University of Pennsylvania with a gunshot wound to the face.

To dramatize their anger, the business people held a news conference in a Korean restaurant at 4745 N. Broad St., where they introduced Heo's daughter, Song, 16, and his son, Charles, 13.

''The story is a tragic one,'' said Jin*H.*Yu, chairman of the crime-prevention committee of the Korean Businessmen's Association, ''and I'd like to convey that to the public.''

Yu said the reward was the second posted by his organization. A $2,000 reward was offered in the Oct. 25, 1983, shooting death of Chun Bok Bang, another grocer. Yu said no arrests had been made in that case.

RANK 3 OF 21. PAGE 2 OF 3. DOCUMENT NUMBER 137766

'EASY TARGETS'

''I think that they (robbers) thought that we are easy targets,'' Yu said. He said Koreans were isolated by their customs and language and were vulnerable. ''We'd like to get strong support from the community.''

During an interview in a second-story banquet room at the restaurant, Heo's children described their father as a happy, hard-working family man whose sole focus was to provide a good life for his children.

''He was pushing us so that we could get good jobs after we get out of school,'' said Charles Heo, a student at Pennfield Middle School in Hatfield.

''- that we shouldn't go through the same troubles they did,'' added Song, a sophomore at North Penn High School in Lansdale.

CAME TO U.S. IN 1974

The children said the family, including their mother, Yon Suk Heo, immigrated to the United States from Seoul, South Korea, in 1974, joining the husband of their father's cousin, their only relative in the United States. Il M. Heo worked for a while in a shoe-repair business and then worked for Leeds and Northrup Co. before opening*H*&*B*Food Market in the 1200 block of South 27th Street three years ago.

When the store's alarm system broke during the first year of operation, they said, their father began staying in the store from Monday until Saturday, a habit that worried the children. They said there had been a few holdups at the store before the shooting.

RANK 3 OF 21. PAGE 3 OF 3. DOCUMENT NUMBER 137766

When he was home, however, Heo ''was very humorous,'' his son said. ''He laughed a lot. He played games with us.''

''He would tell us stories he heard from his family and some he made up. Some would go on for hours. Sometimes he'd leave the ending open,'' Charles Heo said.

''We have a responsibility to make him proud,'' he said.

''- and to work as hard as we could,'' Song continued.

''- just as he did,'' said Charles.

KEYWORDS: ASSAULT ROBBERY PHILADELPHIA MINORITY

END OF DOCUMENT.

RANK 4 OF 21. PAGE 1 OF 2. DOCUMENT NUMBER 137304

PHILADELPHIA INQUIRER
X DATE: THURSDAY December 6, 1984
PAGE: B03 EDITION: FINAL
SECTION: LOCAL LENGTH: SHORT
SOURCE: By Thomas J. Gibbons Jr., Inquirer Staff Writer

GROCER IS SHOT BY HOLDUP MAN IN SOUTH PHILA.

The owner of the*H*&*B*Food Market in South Philadelphia was critically wounded by a gunshot during a holdup attempt shortly after 8:15 last night, police said.

Detectives said Il M. Heo, 46, of the 1500 block of Susan Drive in Lansdale, was admitted to the Hospital of the University of Pennsylvania with a bullet wound in the face.

Police detectives gave this account:

Heo was in the store, in the 1200 block of South 27th Street, with two employees. A man walked in and demanded money.

One employee ran outside, and the other dropped to the floor. A shot rang out, and Heo collapsed behind the counter. The gunman, who was wearing a scarf around the lower part of his face, ran away.

It was not known whether anything was taken, but some money remained in the cash register.

RANK 4 OF 21. PAGE 2 OF 2. DOCUMENT NUMBER 137304

A family member said that 11 years ago Heo immigrated to the United States from Seoul, Korea, and that he has operated the store for the last three years.

Heo had been a victim of several holdups at the store, according to the family member, who said Heo was not injured in any of those incidents. ''He usually just gave the money to the (holdup) people and they would leave,'' the family member said.

KEYWORDS: ROBBERY ASSAULT PHILADELPHIA

END OF DOCUMENT.

s db n83
YOUR SEARCH IS PROCEEDING.
RANK 1 OF 7. PAGE 1 OF 5. DOCUMENT NUMBER 72012

PHILADELPHIA DAILY NEWS
DATE: THURSDAY December 13, 1984
X PAGE: 52 EDITION: 9STAR
SECTION: LOCAL LENGTH: MEDIUM
SOURCE: By JIM NICHOLSON, Daily News Staff Writer
MEMO: DEATHS

I.M. HEO, HOLDUP VICTIM

Services will be Saturday for Il M. Heo, who was fatally shot during a robbery attempt at his South Philadelphia grocery Dec. 5.

Heo, 46, was shot in the face by a man who entered his store,*H&B*Food on 27th Street near Wharton, and demanded money. After shooting Heo, the gunman fled emptyhanded.

A $2,000 reward has been offered by the Korean Businessmen's Association for information leading to the arrest and conviction of the killer.

A native of Seoul, South Korea, Heo finished high school there and served in that nation's army. He worked for several years as a civilian employee of the U.S. Eighth Army in Korea before coming to the United States 13 years ago with his wife, the former Yon Suk Kim.

He settled in Lansdale, Montgomery County, and took a job on the assembly line at Leeds & Northrup.

RANK 1 OF 7. PAGE 2 OF 5. DOCUMENT NUMBER 72012

''He worked about seven, eight years in the factory to save money to start his own business,'' said Bo*H.*Lim, president of the Korean Businessmen's Association. ''He was very generous and kind to neighborhood people and very family-oriented. He went to every game of his son's baseball team, and was always telling them stories.''

Bone Pil Yang, a friend of many years, said, ''He took good care of his family. He was a very quiet but warm person. We have not seen him much since he started working in his store in Philadelphia because he worked very hard and very long hours.''

Heo had been secretary general of the North Penn Korean Association.

In addition to his wife, he is survived by a daughter, Song; a son, Charles; and his mother, the former Chun Ki Soo.

Services will be at 10 a.m. Saturday at the Huff and Lakjer Funeral Home, Derstine and Cannon avenues, Lansdale. Burial will be in George Washington Memorial Park, Stenton Avenue and Butler Pike, Plymouth Meeting, Montgomery County.

JERLEAN MCCLEANDON

Burial services will be Saturday in Heartfield, Ga., for Jerlean McCleandon, an active member of New Welcome Baptist Church, who died Dec. 6. She was 64 and lived in the Germantown section.

The former Jerlean Grace, she was president of the church deaconess board and was a past president of the prayer band and the pastor's aid. She had been
f=5
RANK 1 OF 7. PAGE 1 OF 1. DOCUMENT NUMBER 72012
I.M. HEO, HOLDUP VICTIM
END OF DOCUMENT.
p12-7
RANK 2 OF 7. PAGE 1 OF 1. DOCUMENT NUMBER 71333
GROCER SHOT IN HEAD DURING HOLDUP TRY
END OF DOCUMENT.

RANK 3 OF 7. PAGE 1 OF 1. DOCUMENT NUMBER 67205
2 SUBURBAN INCUMBENTS FACE A GRAVE CHALLENGE
END OF DOCUMENT.

RANK 4 OF 7. PAGE 1 OF 1. DOCUMENT NUMBER 67199
MARGINAL RACES ARE MAIN POINT
END OF DOCUMENT.

RANK 5 OF 7. PAGE 1 OF 1. DOCUMENT NUMBER 67198
THE 'FORGOTTEN' NORTHEAST HAS PHILADELPHIA'S ONLY MEMORABLE SENATE RACE
END OF DOCUMENT.

RANK 6 OF 7. PAGE 1 OF 1. DOCUMENT NUMBER 67197
GOP COUNTS ON RON IN RACE FOR COUNCIL
END OF DOCUMENT.

RANK 7 OF 7. PAGE 1 OF 1. DOCUMENT NUMBER 59091
LETTERS TO THE EDITOR
END OF DOCUMENT.

a
RANK 1 OF 7, PAGE 1 OF 5, DOCUME*
p12
RANK 2 OF 7, PAGE 1 OF 1, DOCUMENT NUMBER 71333

PHILADELPHIA DAILY NEWS
DATE: THURSDAY December 6, 1984
PAGE: 78 EDITION: 9STAR
SECTION: LOCAL LENGTH: SHORT

X

GROCER SHOT IN HEAD DURING HOLDUP TRY

A South Philadelphia grocery store owner was critically wounded last night when a gunman opened fire on him during a robbery attempt.

Il Man Heo, 46, of Lansdale, Montgomery County, was admitted in critical condition to University of Pennsylvania Hospital with a head wound. Police said the bullet passed through the victim's left eye.

Police said Heo and two employees were inside the*H*&*B*Food Market on 27th Street near Federal about 8:15 p.m. when the robber, a scarf covering the lower half of his face, entered, pulled a handgun and demanded money.

One employee ran out of the store and the other dropped to the floor. Heo was shot once and collapsed behind the counter. The gunman fled out the front door.

KEYWORDS: ROBBERY ASSAULT PHILADELPHIA
END OF DOCUMENT.

off
VU/TEXT ACCOUNTING FOR 03/31/87
SIGNED ON AT 09:44:54 SIGNED OFF AT 09:57:20 TIME ON: 0.21 HOURS
*
VU/TEXT INFORMATION SERVICES, INC.
*
*
TOTAL SIGNONS: 18 SIGNONS
TOTAL SEARCHES: 16 SEARCHES
*