# INVESTIGATION INTERVIEW RECORD

PHILADELPHIA POLICE DEPARTMENT
HOMICIDE DIVISION

| | | | |
|---|---|---|---|
| NAME Rodney Everett | AGE 30 | RACE B | DOB [redacted] |
| ADDRESS [redacted] | APARTMENT NO. | | PHONE NO. [redacted] |
| NAME OF EMPLOYMENT/SCHOOL | | | SOC. SEC. NO. |
| ADDRESS OF EMPLOYMENT/SCHOOL | DEPARTMENT | | PHONE NO. |

CASE NO.

INTERVIEWER Hughes - Mangoni

DATES OF PLANNED VACATIONS

DATES OF PLANNED BUSINESS TRIPS

NAME OF CLOSE RELATIVE Louise Woods

ADDRESS [redacted] PHONE NO.

PLACE OF INTERVIEW Room 104 - PAB DATE 4-21-87 TIME 9:05 PM

BROUGHT IN BY Dist. Police DATE TIME AM PM

WE ARE QUESTIONING YOU CONCERNING Homicide by Shooting of Al Heo - in store 27 - Oakford

WARNINGS GIVEN BY DATE TIME AM PM

ANSWERS

(1) (2) (3) (4) (5) (6) (7)

Q. Is there anything additional that you can tell us about the murder in the H+B Market?

A. No.

Q. Did Carter tell you about the murder or did Michael Ransome tell you Carter did it.?

A. Carter told me face to face -

Q Was Louise present when Carter told you about the shooting?

A. She was upstairs -

RECORD ☐ Yes ☐ No

CHECKED BY

REVIEWED BY

75-483 (Rev. 7/82)

CONFIDENTIAL

CITY 000023

**INVESTIGATION INTERVIEW RECORD**
**CONTINUATION SHEET**

CITY OF PHILADELPHIA
POLICE DEPARTMENT

NAME Rodney Everett | PAGE 2 | CASE NO.

Q Did you tell Louise what Curtis told you?
A. NO

Q. Does either Curtis or Michael work?
A. Curtis just graduated from some nursing school. Michael is just a stickup man -

Q. Run down all the members of this group -

Curtis Crosland - asso - Mike Ransome

Michael Ransome - asso - Curtis Crosland, Arthur Jones

Frank Turner Jr. "Squirt", Barry Turner - Alonzo Turner - all live same house.

Lester Turner - "Geisel" - 35th + Wharton, next to Harmony St. little street -

75-483 A

**INVESTIGATION INTERVIEW RECORD**
CONTINUATION SHEET

CITY OF PHILADELPHIA
POLICE DEPARTMENT

NAME Rodney Everett | PAGE | CASE NO.

Q. Rodney I show you PP# 540176 - do you recognize this photo?
A. Thats Michael Ransome.

Q How long have you known Michael?
A About 14 years - since 1973

Q. I show you PP# 561368?
A Thats Carter Crosland.

Q How long have you known Carter?
A 18 years

Q. When did you get out of prison?
A February 1983 - got out of Camp Hill.

Q Have you been out since March 1987?
A Yes.

Q Did you ever discuss the case with Michael Ransome?
A No.

Q. Did you ever discuss the case with "Squirt"?
A. No.

75-483 A