ACTIVITY SHEET 4-22-87 # 5 Platoon Lt. Thompson/ Sgt. Descher
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
H-84-275 DEC: Heo, Il Assgn: Det. Nespoli

On 4-21-87 Rodney Everett was brought to the Homicide Division from the Detention Center and was reinterviewed. He was questioned about other murders in the neighborhood and did not seem to know the details of any except the names of the persons murdered.
He was polygraphed on his original statement about being told by Curtis Crosland and was DI-Pol. D. Riley.
He was re-interviewed and maintained he was being honest and was told by Crosland. He was then returned to the Detention Center.

Hughes and Mangoni went to [redacted] [redacted]. to the residence of Louise Woods, Everett's girlfriend. She had information about a non reported robbery of her parents but they refuse to make a complaint. She furnished the names of the perpetrators and will contact us with any additional information she receives.

Also received information of another possible witness to the HEO murder. Name of Antoinette Morgan, [redacted]t. No such location. We reached her thru a phone number, [redacted]. She refused to give her address and added she didn't know nothing about nothing and didn't want to get involved in anything.
This information from Det. Henry Troutner, MID- from an informant of his.