# INVESTIGATION INTERVIEW RECORD

PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION

CASE NO. Hughes * Mangoni

INTERVIEWER

| NAME | AGE | RACE | DOB |
|---|---|---|---|
| Michael Ransome | 26 | Blk. | [redacted] |

ADDRESS [redacted]

APARTMENT NO. Residence

PHONE NO. None [redacted]

NAME OF EMPLOYMENT/SCHOOL Unemployed

SOC. SEC. NO.

ADDRESS OF EMPLOYMENT/SCHOOL

DEPARTMENT

PHONE NO.

DATES OF PLANNED VACATIONS

DATES OF PLANNED BUSINESS TRIPS

NAME OF CLOSE RELATIVE Gary Ransome ( Brother)

ADDRESS [redacted]

PHONE NO. [redacted]

PLACE OF INTERVIEW Rm# 104 PAB Homicide Division

DATE 4-24-87 TIME 8:30PM AM PM

BROUGHT IN BY Hughes and Mangoni

DATE 4-24-87 TIME AM PM

WE ARE QUESTIONING YOU CONCERNING The shooting in the grocery store at 27th & Oakford Sts. on 12-5-84

WARNINGS GIVEN BY

DATE TIME AM PM

ANSWERS (1) (2) (3) (4) (5) (6) (7)

Q. Michael, will you please tell us everything you know about the shooting of the man in H&B grocery store at 27th & Oakford Sts. on 12-5-84?

A. I don't know anything about the shooting. I heard about it the next day. I was on 24th & Federal Sts. a d some girls were talking about some guy getting shot and had his head blown off. That is all that I know I don't know anything else about it.

Q. Where were you when you heard about this the first time?

A. I was on the corner.

Q. Where were you when this shooting took place?

A. I was home, in my house, my brother, Gary and my sister in law Delores was there too.

RECORD ☐ Yes ☐ No

CHECKED BY

REVIEWED BY

75-483 (Rev. 7/82)

| INVESTIGATION INTERVIEW RECORD<br>CONTINUATION SHEET | CITY OF PHILADELPHIA<br>POLICE DEPARTMENT |
|---|---|

| NAME | PAGE | CASE NO. |
|---|---|---|
| Michael Ransome | 2 | |

Q. What time of the day was this that you were home on that particular night?

A. In the evening around 6 or 7 P.M. I was in the house the whole night.

Q. Do you remember the weather that night?

A. No I don't.

Q. When was the last time that you were in the store before the shooting ?

A. I don't know.

Q. Who told you about the shooting?

A. I heard from a girl by the name of Sharon, she lives around 25th & Federal Sts. She was about 14 or 15 yrs. old.

Q. Were you ever in the store before?

A. Yes. I used to buy chesseburger and fries there.

Q. Did anyone tell you that they shot the oriental guy in the store since it happened?

A. No.

Q. Do you know a guy by the name of Curtis?

A. He movee in the neighborhood where I live at. He moved there some years ago. His last name is Crossland, he lives on Federal St. He lives in the 2400 Blk.

75-483 A

| INVESTIGATION INTERVIEW RECORD<br>CONTINUATION SHEET | | CITY OF PHILADELPHIA<br>POLICE DEPARTMENT |
|---|---|---|
| NAME<br>Michael Ransome | PAGE<br>3 | CASE NO. |

Q. When is the last time that you saw Crossland?

A. Lat night ( 4-23-87). I saw him at his house. It was dark out when I was there. It was about 2:30 AM when I left there, then I went to meet some girl in the street and take care of some personal business. Her name Sharon. Her name is Sharon Myers, she lives in the 1800 B;k. of S. 24th St.

Q. What did you and Curtis talk about?

A. We talked about videos and movies.

Q. Was there anyone else in the house with you and Curtis last night?

A. His wife, wecall her Mo.

Q. Does Curtis have kids?

A. I don't know.

Q. Were you with Curtis the night that the oriental man got shot at the grocery store( H&B).

A. No I was not.

Q. Do you own a gun?

A. No, I never owned a gun.

Q. Would you take a lie detector's test on what yoy have told us tonight?

A. No

75-483 A