ACTIVITY SHEET    Friday    4-24-87    #5 Platoon    Lt. Thompson
Sgt. Descher

---

H84-275    Dec.    I. HEO    Assigned: Nespoli

Dets Hughes and Pol. Mangoni went [redacted]. and picked up Michael Ransome 26/B/M, res. [redacted]. and brought him to Homicide for an interview.
Ransome said he heard about the shooting of the male inside the H&B Market at 27th & Oakford St. He denied being anywhere near the store at the time of the shooting. Information is that he was outside the store at the time of the shooting either as a lookout or passerby.

He admitted knowing Curtis Crosland and also knowing him at the time of the shooting. He said he never heard Curits did it nor did Curtis tell him he shot the male.
He refused to take a polygraph examination.

He was released and transported home.