| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION | CASE NO. |
|---|---|---|
| | | INTERVIEWER: Rocks & Mangoni |

| NAME: Rodney Everett | AGE: 30 | RACE: Blk. | DOB: [redacted] |
|---|---|---|---|
| ADDRESS: [redacted]. | APARTMENT NO. | | PHONE: [redacted] |
| NAME OF EMPLOYMENT/SCHOOL: Unemployed | | | SOC. SEC. NO. |
| ADDRESS OF EMPLOYMENT/SCHOOL: Male at present time incarcerated at the Gratersford | | | PHONE: Institution |
| PLACE OF INTERVIEW: District Attorney's office | | | DATE AND TIME: 7-7-87 12:[illegible] |
| BROUGHT IN BY: Rocks and Mangoni | | | DATE AND TIME |
| WE ARE QUESTIONING YOU CONCERNING | | | |
| WARNINGS GIVEN BY: Prison # K3833 Gratersford | | | DATE AND TIME |

ANSWERS (1) (2) (3) (4) (5) (6) (7)

Q. Rodney you have been interviewed in ths past by Homicide Detedtives concerning the murder of a grocer at 27th & Oakford Sts. Is there anything else that you can adda at the present time.

A. I really do not know anything else. Curtis may have told Talmadge Garwood, he is at Holmes burg prison at the present time. He is a close friend of his. Lester Turner his cousin is Curtis . He lives in the area of 35th & Wharton Sts. Michael Turner, he is Homesburg also His is Curtis's cousin also. He did nit tell anyone else besides Squirt who is Frank Turner, and Michael Ransome as far as I know. He ma have told his brothers, Raymond Crosland, He lives on Marston St. in Nor Phila.

Q. You made a mentione concerning the rifle, inconnection with youer arrest in March of 1987, what did you mean by that?

A. That rifle was used in a murder case in which Eugene Myrick was arrested He was charged with Murder, and he is at present time in Holmesburg awaiting trial for that Murder. That murder occured in North Phila.

RECORD ☐ Yes ☐ No

CHECKED BY

I am not sure when I thin in 1986 about May.

REVIEWED BY

[signature] Rodney Everett

75-483 (Rev. 8/75)

CONFIDENTIAL

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHIL ELPHIA
POLICE DEP RTMENT

NAME: Rødney Everett | PAGE: 2 | ASE NO.:

Q. How do you know this about the rifle?

A. It was discussed down on 24th St. between a coup e of guys and myself. The rifle ended up in Louise's house at [redacted]. A girl by the name of Ree brought it there. The rifle was the sa one that was recovered by the police on the day that I got locke up.

Q. How long after the murder that Myrick was locked up for did the appear in Louis's house?

A. It got there about a week before I was arrested. I was arfested on the 18th of March 1987.

Q. Do you know of anyone else that would know about the activities of Squirt ( Frank Turner)?

A. Billy Goodman, who is at the detention center, and My cousin Michael Everett who lives at [redacted].

Q. Does Frank Turner have a grilfriend that you know of.

A. Yes her name is Trina. She lives on Patton Dr. near Mifflin St. He just had a baby by her.

Q. Do you haveany knowledge about the killing of John Lamb?

A. This was before the grocer got shot. Curtis Crosland told me that him and John Lamb were fighting. He did not say what the fight was about.

75-483 A

CONFIDENTIAL

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHILADELPHIA
POLICE DEPARTMENT

NAME Rodney Everret | PAGE 3 | CASE NO.

Q. ( cont.) He said that him and Squirt went out there , he did not speci
the time. He just stated that him and Squirt who is Frank Turner got
and another one of their cousine got with him.

Q. What does that mean that they got with him?
A. That is slang language that is used most of the time, which means that
they killed him.

Q. Did they or Curtis ever tell you why thay killed him?
A. No.

Q. Did you yourself know John Lamb?
A. No. He was a young guy.

Q. Did Squirt or Frank Tyrner tell you anything about this incident?
A. Sometime after Curtis told me about it Squirt told me that Curtis and
John Lamb was fighting. He said that Curtis had a habit of getting
intoxicated. He said that John Lamb beat Curtis up in a fair one.
Squirt continued tossay himself and one of his cousins either Lester of
Michael I cannot remember for sure, caught John Lamb in Wilson Park and
killed him.

Q. To clarify this incident can you explain it again?
A. Curtis told me that him and John Lamb had a fight, but he would not say
what it was over.

75-483 A

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHILADELPHIA
POLICE DEPARTMENT

NAME Rodney Everett | PAGE 4 | CASE NO.

Sometime after that discussion, Squirt told me that himself and one of his cousins, killed John Lamb.

Q. Did Frank Turner say why he killed Lanb?
A. Because he had beat up Curtis , Curtis was family.

Q. Did anyone describe anything or any details about the killing?
A. No not at all, or that I can remember.

Q. Is there anything else that you can help us with?
A. Right before Eugene Myrick got locked up for the murder in North Phila he told me that he shot three white boys that were standing on the corn of 27 or 28 and Dickinson Sts. He said that he did this because him Ronald Fleming, and another guy were jumped by a group of white guys earlier on Tasker St. and had taken their bikes. This is the job where the Sergeant his name is Brader got fired identifying the wrong man.

Q. Is there anything else ?
A. Jo Jo Rhoan, is at present time staying in Virginia, I do not know where. He has been wanted for about 12 years. He was involved with the Jolly Green Giant, and a guy by the name of MONK.

Q. Regarding the .30 caliber rifle used in the MYRICK case, why did Ree bring the rifle to Louise's house?

**INVESTIGATION INTERVIEW RECORD**
*CONTINUATION SHEET*

CITY OF PHILADELPHIA
POLICE DEPARTMENT

| NAME | PAGE | CASE NO. |
|---|---|---|
| Rodney EVERETT | #5 | |

A. She brought it over to sell it. She wanted one hundred dollars but she took sixty. I got the rifle to give it to my contact, Mr. MASSEY, and he would turn it over to the police. I knew it was the murder weapon. Ree was MYRICK'S girlfriend and she brought it alone because at the time MYRICK was hiding out in Penrose projects.

The address for Curtis's sister is [redacted] and the phone number for Curtis's adreesat [redacted]