Lt. Thompson/ Sgt. Descher

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

H-84-275 DEC: Heo, Il Assgn : Det. Nespoli

On this date Det. Rocks and Pol. Mangoni did obtain bring down for Rodney Everett who at the current time is incarcerated at Gratersford Prison on a parole detainer. The male was interviewed, and in summary he stated the following: He stated that he could not add much more to the murder of the grocer at 27th & Oakford Sts. He stated that other people that crosland may have told about him committing the murder would be Lester Turner, Michael Turner, or possibly his brother Raymond Crosland who resides at 1859 N. Marston St. He was also able to tell us that Frank Turner and Michael Ransome were the only ones that knew about th murder to the best of his knowledge. Also another person that may know that were close friends of Curtis may be Talmadge Garwood, who is presently incarcerated at Holmesberg Prison, and Michael Everett, who is his cousin and resides in th 1500 Blk. of S. Napa St.

He also went on to mention that the 30 30 MARLIN rifle which was recovered when he was arrested on 3-14-87 was the murder weapon used by a Eugene Myrick, who is in jail at the present time awaiting trial for a murder in North Phila. This rifle was brought to his house approx. the first week in March. H-86-199, Assgn : Det. Margerum.

He also states that Frank Turner has a girlfriend by the name of Trina who resides in Patton Dr. Turner will be necessary in approx one to two weeks according to ADA Fisk. for the grand jury.

He also stated in summary that he was told by Curtis Crosland that Crosland and a male by the name of John Lamb had a fight. He would not say what it was over. Sometime after this Squirt ( Frank Turner) told him that Turner and one of his cousins had killed John Lamb. He stated that they did not describe the killing , but that they had killed him because he had beat up Curtis Crosland in a fight, and Curtis was family.

Also stated that before Myrick, Eugene, had been arrested for the murder he is currently awaiting trial for he had told him that he had shot three white boys standing on the corner of 27 or 28th & Dickinson Sts. He said that he did this because a group of white guys had jumped him and and a guy by the name of Ronald Fleming earlier on Tasker St. and had taken their bikes. He stated that this was the case where the police Sergeant ( Brader) was fired for identifying the wrong man.

As far as the rifle is concerned he stated that a girl by th name of REE brought it over to [redacted]. [redacted]. to sell. She wanted 100.00 for it. but she took sixty. He stated that he got the rifle to give it to his probation officer Mr. Massey, and that he would turn it over to the police. He stated that he knew it was the murder weapon, because he had discussed it with his friends earlier. REE was Myrick's girlfriend, and she brought it alone, becuase Myrick at the time was hiding out at or in the Penrose Projects.

Record checks were conducted on the following : Croselend, Goodman, Garwood, Lester Turner, Frank Turner, Raymond Croselend, Ralph Turner. Extracts pulled on all of the aforementioned male s , NCIC ,PCIC cks conducted on all of the males negative, and photos ordered for all the males.

At the scene of the crime there were two identifiable fingerprints found and one palm print found on a glass case, at the counter. Memo was prepared to Familiagetti to have prints of Curtis Croselend compared to the ones found at the scene.

The assigned then went to the 1500 Blk. of S. Napa St. (1533) and spoke to Louise Woods, to let her know that we had spoken to Rodney Everett. Also ascertained from her that Michael Everett AKA Ralph Everett resides at [redacted], [redacted]. She stated that he is in the neighborhood.

At the conclusion of the statement by Everett, he also stated that JO HO RHONE who has been wanted for approx. 12 years by the Homicide Division for the murders of Herschel Williams and a male by the name of MONK. All he stated was that Rhone is at the time somewhere in Virginia.