Saturday, July 25, 1987 ACTIVITY SHEET #5 Platoon 3PM X 11 PM

Dec'd: Il HEO Assigned: Det. MESPOLI Supervisors: Lt. THOMPSON/Sgt. DESCHER

H-34-275

---

On Saturday, July 25, 1987, Det. ROCKS contacted Louise WOODS, residence [redacted] Street as she was the girlfriend of Rodney EVERETTE. EVERETTE is giving information to detectives in the HEO case. She stated that EVERETTE called her from prison and he told her that Frank TURNER (AKA Squirt), the alledged shooter in the HEO case, was staying in the Tasker homes at [redacted] on [redacted]e. Det. ROCKS went to this location conducted a surveillance and then got no response at the front door. Photo's of TURNER to be obtained and given to act unit and burglary teams. Det. ROCKS had prior information that TURNER had a girlfriend named "TRINA" and she just had his baby. Det. ROCKS checked voters registration and found Trina WARE registered at [redacted]. A check of Trina WARE at criminal records shows her to have photo #506344 with one prior gun arrest in 1982 to which she plead guilty. Her date of birth is [redacted] and SS# [redacted]. Photo's of WARE were ordered.