This case was ultimately taken to the Grand Jury by Det's J. Cimino and J. McNesby, through ADA Rosen and as a result of this investigation Arrest Warrants were obtained on 11-2-87 charging Murder, Conspiracy, and PIC on the following: (Signed by B/C Sims)

(a) Frank Turner aka Squrt PP 565999 incarated in PICC, Warrant #158885
(b) Curtis Crosland PP 561368 res [redacted]. Warrant #158886
(c) Lester Turner aka Geezel PP 573456 res 134 [redacted]. War #158887

11-3-87 - Same Det's, in company with other Det's from SIC, went to [redacted] and took Curtis Crosland into custody, also went to [redacted], and took Lester Turner into custody. Bring down was obtained for Frank Turner and he too was transported to the Homicide Unit. All three deft's were advised of their Constitutional Rights, afterwhich deft's Frank Turner and Lester Turner refused to make a statement. Deft Curtis Crossland did make a inculpatory statement, admitting not only his participation but also the roles played by both Frank and Lester Turner.