ACTIVITY SHEET #6 Platoon Wednesday 12-9-87 Lt. Thompson
Sgt. Descher

H84-275 Dec: Il Man Heo Ass'd Nespoli

Det Cimino met with ADA Rosen and ADA Christie where we all reviewed the contents of this investigation, afterwhich, a Warrant of Arrest was authorized for CURTIS CROSLAND PP561368 residence [redacted] l [redacted]., charging him with Murder, Robbery, Attempt Theft, REAP and PIC.

Det Cimino in Hdqs preparing Probable Cause Affadavit for the above named subject for the stated charges.

Det Cimino did obtain Arrest Warrant 159719, signed by B/C Murray charging Curtis Crossland with the above stated charges.

Det McNesby contacted the ADA's Office where he obtained a bring down for Mr. Crosland for tomorrow, 12-10-87, at which time he will be brought to the Sheriff's Office, then transported to the Homicide Unit for Arrest and Processing.

CONFIDENTIAL CITY 000228