# ARREST REPORT

VSU

CITY OF PHILADELPHIA
**POLICE DEPARTMENT**

DU NO. 1273

| YEAR | DISTRICT | DC NO. | SEC | CRIME CLASS | CODE | PHILA. PHOTO NO. / OTN NO. |
|---|---|---|---|---|---|---|
| 84 | 17th | 25509 | H | WILLFUL KILLING | 111 | 561368 / 332231-4 |

DEFENDANT (Last / First / Middle): Crosland Curtis

ALIASES:

ADDRESS: [redacted]1 [redacted]

DOB: [redacted]1 | AGE: 26 | SEX: M | RACE: ☐ White ☐ Hispanic ☒ Black ☐ Other ☐ Asian | [redacted] | BIRTH PLACE: Phila

FATHER'S NAME & ADDRESS (*Juveniles only*):

MOTHER'S NAME & ADDRESS (*Juveniles only*):

OCCUPATION: Nursing Asst. | EMPLOYER: Unemployed at present | ADDRESS: time

DATE & TIME OF ARREST: 12 / 10 / 87 2:10P.M. AM/PM | DIST. OF ARREST: 6th | DATE & TIME OF OCCURRENCE: 12 / 5 / 84 10:34PM AM/PM | DIST. OF RESIDENCE: 17th

EXACT LOCATION OF ARREST: Rm # 104 PAB Homicide Division ☐ INSIDE ☒ OUTSIDE

ARRESTING OFFICERS: Det. E. Rocks # 798, Pol. D. Mangoni # 7539 | DISTRICT/UNIT: Hom | ARREST NO.: 77 | DATE & TIME SLATED: 12 / 10 / 87 4:50P AM/PM

| TITLE OF OFFENSE | LAW | SECT | SUB | GRADE | CTS | O/C | DISPOSITION |
|---|---|---|---|---|---|---|---|
| Murder | CC | 2502 | | | | | |
| Robbery | CC | 3701 | | F1 | | | |
| REAP | CC | 2706 | | M2 | | | |
| Att. Thefy | CC | 901 | | M2 | | | |
| PIC | CC | 907 | | M1 | | | WOB |

REMARKS

The above male arrested at the above location on the strength of Warrant # 159719 signed by B.C. Murray on 12-9-87. The above male wanted for a shooting during the course of a robbery in an oriental grocery store at 27th & Oakford Sts. Complainant was shot in the head The comp. was transported to Univ, of Pa. Hospital and as a result of his wounds did expire on 12-11-84. Male was pronounced dead. Post Mor examination was conducted by Dr. Aronson of the OME and male died as a results of GSW to head, manner of death Homicide.

COMPLAINANT: Il Man Heo ( Deceased) | ADDRESS: [redacted]

CO-DEFENDANTS:

ASSIGNED INVESTIGATOR: Det. Cimino # 981 | REPORT PREPARED BY: Mangoni # 7539 | SUPERVISOR: #255

☐ FACT SHEET SENT
☐ FACT SHEET HELD AT Warrant Arrest.

ARRAIGNMENT JUDGE: Murray | DATE: 12-11-87 | LOCATION: [signature]

HEARING JUDGE: | DATE: 12-16-87 | LOCATION: 675 CL 2601

75-50 (Rev. 9/83)

**STAFF SERVICES BUREAU**

CONFIDENTIAL

CITY 004462