CC (CIU Physical File) 004114

First Judicial District of Pennsylvania

COURT OF COMMON PLEAS

JUDICIAL CHAMBERS

RECEIVED

JUL 01 2021

BY: ____________

LILLIAN HARRIS RANSOM
Senior Judge

Stout Criminal Justice Center
1301 Filbert St. Suite 1211
Philadelphia, PA 19107
(215) 683-7050

June 24, 2021

Patricia Cummings, Esq.
Office of the District Attorney
3 S Penn Sq.
Philadelphia, PA 19107

RE: Commonwealth v. Curtis Crosland (CP-51-CR-0132641-1988)

Dear Ms. Cummings:

Enclosed please find copy of the order granting the Commonwealth's Motion for *Nolle Prosequi* pursuant Pa.R.Crim.P. 585(a).

Sincerely,

Honorable Lillian Harris Ransom

Enclosures (1): Order
CC: Claudia B. Flores, Esq. w/ enclosure

2021 JUN 24 PM 3:35

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**CRIMINAL SECTION TRIAL DIVISION**

| | | |
|---|---|---|
| COMMONWEALTH | : | |
| | : | CP-51-CR-0132641-1988 |
| v. | : | |
| | : | |
| CURTIS CROSLAND | : | |
| | : | |
| PPN: 056138 | : | |
| INMATE #: AS2309 | : | |

**ORDER**

WHEREAS, the Court is in receipt of the June 22, 2021 federal district order granting habeas relief:

NOW, this 24 day of June 2021, the Commonwealth's motion for ***nolle prosequi*** pursuant to Pa. R. Crim. P. 585(a) is granted. A ***nolle prosequi*** is **HEREBY ORDERED** as to all charges.

BY THE COURT:

L. H. Ransom

HONORABLE LILLIAN H. RANSOM
COMMON PLEAS JUDGE